Karen Luong (CA Bar No. 246809)
Karen.Luong@huschblackwell.com
HUSCH BLACKWELL LLP
355 S. Grand Avenue, Suite 2850
Los Angeles, California 90071
Telephone: (213) 337-6559
Facsimile: (213) 337-6551

Thomas P. Heneghan (*pro hac vice*)
Tom.Heneghan@huschblackwell.com
HUSCH BLACKWELL LLP
33 East Main Street, Suite 300
Madison, WI 53703
Telephone: (608) 234-6032
Facsimile: (608) 258-7138

*Attorneys for Defendant*
*Champion Power Equipment, Inc.*

*[Complete Listing of Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARBOR FREIGHT TOOLS USA, INC., <br>     Plaintiff, <br> v. <br><br> CHAMPION POWER EQUIPMENT, INC., <br>     Defendant. | Case No.: 2:24-cv-08722-SVW-AS <br><br> **DECLARATION OF JENNIFER HOEKEL IN SUPPORT OF DEFENDANT'S REQUEST FOR LEAVE FOR ADDITIONAL COUNSEL TO APPEAR REMOTELY AT THE HEARING ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** <br><br> Date: August 12, 2025 <br> Time: 10:00 a.m. <br> Judge: Hon. Alka Sagar |

I, Jennifer E. Hoekel, hereby declare:

1. I am an attorney of law duly licensed to practice in the State of Missouri, granted *Pro Hac Vice* admission for this matter in the Central District of California. I am an attorney at the law firm of Husch Blackwell LLP, counsel of record for Defendant Champion Power Equipment, Inc. ("Champion") in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. This Declaration is made in support of Defendant's Request for Leave for Additional Counsel to Appear Remotely at the Hearing on Plaintiff's Motion for Protective Order.

2. I will be appearing in-person at the August 12, 2025 hearing on Plaintiff's Motion for Protective Order.

3. Additional counsel of record for Champion reside in Wisconsin and Arizona. Thus, appearing in person at this matter will require extensive and costly travel.

I declare under penalty of perjury under the laws of the State of California and this Court that the foregoing is true and correct.

Executed this 5th day of August, 2025, at St. Louis, Missouri.

By: */s/ Jennifer E. Hoekel*

**CERTIFICATE OF SERVICE**

I hereby certify that today, this 5th day of August, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court, and therefore served upon all counsel of record.

/s/ Jennifer E. Hoekel