1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

HARBOR FREIGHT TOOLS USA, INC.,

      Plaintiff,

v.

CHAMPION POWER EQUIPMENT, INC.,

      Defendant.

Case No.: 2:24-cv-08722-SVW-AS

**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR LEAVE FOR ADDITIONAL COUNSEL TO APPEAR REMOTELY AT THE HEARING ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Date: August 12, 2025
Time: 10:00 a.m.
Judge: Hon. Alka Sagar

    Before the Court is Defendant's Request for Leave for Additional Counsel to Appear Remotely at the Hearing on Plaintiff's Motion for Protective Order, scheduled for August 12, 2025 at 10:00 a.m. Having considered the Request and GOOD CAUSE having been shown, it is hereby ORDERED that counsel for Defendant may appear remotely at the hearing.

    IT IS SO ORDERED.

Dated:_____

_____
HON. ALKA SAGAR
United States Magistrate Judge