QUINN EMANUEL URQUHART & SULLIVAN, LLP
David M. Grable (SBN 237765)
davegrable@quinnemanuel.com
Lauren Lindsay (SBN 280516)
laurenlindsay@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Eric Huang (*pro hac vice*)
erichuang@quinnemanuel.com
Jason Williams (*pro hac vice*)
jasonwilliams@quinnemanuel.com
295 5th Avenue
New York, NY 10016-7103
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Plaintiff*
*Harbor Freight Tools USA, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HARBOR FREIGHT TOOLS USA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHAMPION POWER EQUIPMENT, INC., <br><br> Defendant. | Case No. 2:24-cv-08722-SVW-AS <br><br> **DECLARATION OF ERIC HUANG IN SUPPORT OF HARBOR FREIGHT'S RESPONSIVE CLAIM CONSTRUCTION BRIEF** |

I, Eric Huang, declare as follows:

1. I am a member of the bar of the State of New York and a member of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff Harbor Freight Tools, USA, Inc. ("HFT") in the above-captioned action. I am admitted *pro hac vice* in this matter. I respectfully submit this declaration in support of the HFT's Opening Claim Construction Brief. I have personal, firsthand knowledge of the facts set forth herein and if called and sworn as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit K** is a true and correct copy of the deposition transcript of Dr. William Singhose taken on September 11, 2025.

3. Attached hereto as **Exhibit L** is a September 5, 2025 E-mail from counsel of HFT to counsel for Champion Power Equipment, Inc. ("Champion") and the attachment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 16th day of September, 2025, at New York, New York.

/s/ Eric Huang
Eric Huang
Counsel for Plaintiff

-1-  Case No. 2:24-cv-08722-SVW-AS
DECL. OF ERIC HUANG ISO HARBOR FREIGHT'S RESPONSIVE CLAIM CONSTRUCTION BRIEF