# EXHIBIT K

```
                                            Page 1

 1

 2   UNITED STATES DISTRICT COURT
     CENTRAL DISTRICT OF CALIFORNIA
 3   WESTERN DIVISION
 4   Case No. 2:24-cv-08722-SVW-AS
     - - - - - - - - - - - - - - - - - - x
 5   HARBOR FREIGHT TOOLS USA, INC.,
 6                      Plaintiff,
 7        - against -
 8   CHAMPION POWER EQUIPMENT, INC.,
 9                      Defendant.
10   - - - - - - - - - - - - - - - - - - x
11
                         September 11, 2025
12                       10:00 a.m.
13
14        DEPOSITION of WILLIAM SINGHOSE, Ph.D., an
15   Expert Witness for the Defendant herein, taken
16   by the Plaintiffs, held remotely via Zoom video
17   conferencing before Sara K. Killian, a
18   Registered Professional Reporter, Realtime
19   Certified Reporter and Notary Public.
20
21
22
23
24
25
```

```
                                              Page 2

 1

 2   A P P E A R A N C E S :

 3

 4

 5   QUINN EMANUEL URQUHART & SULLIVAN, LLP

 6   Attorneys for Plaintiff

 7   295 Fifth Avenue

 8   New York, New York  10016

 9   BY: ERIC HUANG, ESQ.

10

11   HUSCH BLACKWELL LLP

12   Attorneys for Defendant

13   8001 Forsyth Boulevard, Suite 1500

14   St. Louis, Missouri  63105

15   BY: JENNIFER E. HOEKEL, ESQ.

16

17

18   ALSO PRESENT:

19       JACOB FRITZ

20       TIMOTHY ZIOLKOWSKI

21

22

23

24

25
```

Page 3

1

2                          STIPULATIONS

3

4          IT IS HEREBY STIPULATED AND AGREED by

5    and among counsel for the respective parties

6    hereto, that the sealing and certification of

7    the within deposition shall be and the same are

8    hereby waived;

9

10         IT IS FURTHER STIPULATED AND AGREED all

11   objections except as to form of the

12   question, shall be reserved to the time

13   of the trial;

14

15         IT IS FURTHER STIPULATED AND AGREED that

16   the within deposition may be signed before any

17   Notary Public with the same force and effect as

18   if signed and sworn to before the Court.

19

20                    *      *      *

21

22

23

24

25

Page 4

1

2    W I L L I A M   S I N G H O S E, Ph. D.,

3    after having first been duly sworn, was

4    examined and testified as follows:

5    EXAMINATION BY

6    MR. HUANG:

7         Q.        Dr. Singhose, first, I'd like

8    to ask how to pronounce your last name and

9    also how you would like to be referred.

10   Doctor?  Professor?

11        A.        Singhose is the pronunciation,

12   just like it's written.  You can call me

13   whatever you want.  Dr. Singhose, Professor

14   Singhose.  It's fine.

15        Q.        Dr. Singhose, thank you very

16   much.

17                  You understand you're under

18   oath here today?

19        A.        Yes.

20        Q.        Okay.

21                  And is there any reason,

22   sitting here today that you cannot -- you

23   don't feel you can give full and accurate

24   responses to my questions?

25        A.        No.

Page 5

1                    W. Singhose, Ph.D.
2          Q.        Are you currently taking any
3     medication that may impair your ability to
4     answer my questions?
5          A.        No.
6                    MR. HUANG:  Thank you.
7                    So I've marked as Exhibit 1,
8          for the record, the notice of
9          deposition of Dr. William Singhose in
10         the case as captioned, and I just want
11         to make sure I identified that for the
12         record.
13                   I've also identified and marked
14         as Exhibit 2 an expert report of
15         William Singhose, PhD regarding claim
16         construction that was submitted to the
17         court on September 9th, 2025.
18                   (Whereupon, Exhibit 1 was
19         marked for identification.)
20                   (Whereupon, Exhibit 2 was
21         marked for identification.)
22     BY MR. HUANG:
23         Q.        Could you just take a look at
24     Exhibit 2 and confirm that this is your
25     expert report as it bears your signature on

Page 6

```
 1                    W. Singhose, Ph.D.
 2      the, I think, last page?
 3           A.      Yes, it is.  I also have a hard
 4      copy of that here without any markings or
 5      anything on it.
 6           Q.      Understood.  Thank you.  Thank
 7      you.
 8                   And then -- and we'll get to
 9      that report in a second, but you understand
10      that you're here to testify regarding your
11      opinions and the bases for your opinions as
12      contained in Exhibit 2.
13                   Is that right?
14           A.      Yes.
15           Q.      Okay.
16                   Now, just some more just
17      housekeeping matters.  We are doing this
18      deposition remotely and I just want to
19      confirm that, well, first, whether you have
20      any messaging applications open on your
21      computer, or on your phone, near you that
22      you are using or intend to use during this
23      deposition?
24           A.      No.  My phone is turned off and
25      I'm checking my computer, nothing is running
```

```
                                              Page 7
 1                      W.  Singhose,  Ph.D.
 2      in  the  background.
 3           Q.        Okay.   Great.   Great.
 4                     And  when  you  say  nothing  is
 5      running  in  the  background,  do  you  mean
 6      nothing  other  than  the  Zoom  and  then  the
 7      Exhibit  Share  window?
 8           A.        Well,  yeah,  I  have  the  browser
 9      open  that  gets  me  to  Zoom.   And  then  Zoom  is
10      a  sep--  in  my  computer,  Zoom  is  a  different
11      program,  so  I've  got  those  two  things
12      running.
13           Q.        Okay.
14                     And  you  have  Exhibit  Share  open
15      through  your  browser?
16           A.        Yeah,  that's  right.
17           Q.        Okay.   All  right.
18                     Do  you  have  any  other  tabs  that
19      you  intend  to  refer  to  during  the
20      deposition?
21           A.        Well,  I  have  the  mail  where  I
22      got  the  invitation.   So  the  mail  window  is
23      open,  and  then  the  Veritext  window  is  open,
24      and  the  Exhibit  Share  window  is  open.   So
25      those  are  the  three  tabs  that  I  have.
```

```
                                        Page 8

 1                       W. Singhose, Ph.D.
 2          Q.        Okay.  All right.
 3                     I'm going to ask you to refrain
 4      from communicating outside during the
 5      deposition using your mail.  Obviously check
 6      your mail on the breaks if you need to for
 7      other work, but, you know, I just wanted to
 8      make sure what you had there.
 9                     If you don't mind, it would be
10      good if you could close the tab, but that's
11      up to you.  I just want to make sure that
12      you understand that I'm going to ask you
13      questions --
14          A.        Close which tab?
15          Q.        The mail tab, you said.
16          A.        Okay.  No problem.  Closed.
17          Q.        All right.
18                     So first off, Dr. Singhose,
19      when was the last time you were deposed?
20          A.        The last time I remember is
21      sometime over the summer.  Maybe early
22      summer.  Maybe May or June timeframe, I
23      would think.
24          Q.        All right.
25                     And how many times have you
```

Page 9

                              W.  Singhose,  Ph.D.

1
2    been deposed this year other than that last
3    time in May or June?
4        A.       I would think it would be about
5    three or four times this year.
6        Q.       So I'm not going to go over all
7    the sort of the instructions.  We've kind of
8    agreed to keep this deposition shorter than
9    a typical normal day, but I do want to just
10   point out that at any point today if you
11   feel that you need a break, please let me
12   know, and we'll try to take a break after
13   any pending question is answer.
14                Do you understand?
15       A.       Yes.
16       Q.       Okay.
17                And then also, I just want to
18   note that if there's anything that you do
19   not understand about my questions, please
20   let me know.
21                Is that all right?
22       A.       Okay.
23       Q.       Okay.  Great.
24                So Dr. Singhose, let's take a
25   look at Exhibit 2.

```
                                        Page 10

 1                    W. Singhose, Ph.D.

 2                    You submitted a declaration in

 3      support of the defendant, Champion Power

 4      Equipment's claim construction brief.

 5                    Is that right?

 6           A.       Yeah.  I mean the title is

 7      Expert Report of William Singhose, PhD

 8      Regarding Claim Construction, if that's the

 9      one -- if that's what you're referring to.

10           Q.       Yes.

11           A.       Okay.

12           Q.       Now, when were you engaged by

13      Champion -- just looking for a date -- for

14      this case?

15           A.       For this particular case, I

16      would think sometime in the spring, maybe

17      winter.  I was engaged on the Furman case

18      last fall, last fall/winter.

19           Q.       Okay.

20           A.       But I didn't get engaged for

21      this one until a few months after that.

22           Q.       Okay.

23                    And by the Furman case, you're

24      referring to a different lawsuit involving

25      Champion?
```

```
                                            Page 11

 1                    W.  Singhose,  Ph.D.
 2         A.         Yes,  Champion  v.  Furman.
 3         Q.         Okay.
 4                    And  in  the  Furman  case,  what's
 5    the  subject  matter,  just  at  a  very  high
 6    level,  of  your  involvement  for  that  case?
 7         A.         Well,  in  that  case,  I  already
 8    went  through  this  claim  construction
 9    process,  so  I  gave  a  declaration,  a  rebuttal
10    declaration,  I  was  deposed  on  that.    That's
11    the  extent  of  most  of  my  work  in  that  case.
12    I'm  engaged  to  do  infringement  and  validity
13    of  those  patents  as  well.
14         Q.         Okay.    All  right.
15                    And  I'm  not  meaning  to  delve
16    into  detail  on  that  case.    But  I  just  want
17    to  confirm,  on  the  Furman  case,  is  the
18    subject  matter  of  your  testimony  to  date,
19    has  it  been  the  same  patents  or  overlapping
20    patents  as  the  patents  that  are  in  suit  in
21    this  case?
22         A.         Yes.
23         Q.         Okay.
24                    And  have  you  also  been  opining
25    on  some  of  the  same  claim  construction
```

Page 12

1                         W. Singhose, Ph.D.

2      issues in the prior case?

3           A.        Yes.  I mean, there's new ones

4      here, but there's definitely overlap.

5           Q.        All right.  Okay.

6                     So let me -- have you ever

7      been -- had your testimony limited in prior

8      engagements by a court?

9           A.        As I understand that, what

10     you're asking, I think the answer is yes.

11     Probably on about three occasions there's

12     been some limitation of what I was able to

13     testify about.

14          Q.        Okay.

15                    Can you identify which cases

16     you're referring to?

17          A.        Yeah.  It's been some time.

18     The first such case I remember was an

19     accident case involving a segue, those are

20     the self-balancing transporters that never

21     took off, but they had a lot of accidents.

22     And so I investigated the machine and found

23     a defect in it, and I took videos of my

24     testing there that showed the machine would

25     fall over unexpectedly.  And I had three of

```
                                            Page 13

                        W. Singhose, Ph.D.
  1
  2      those videos documenting my experiments, but
  3      when they were disclosed to the other side
  4      and we went to court, the other side, the
  5      day before trial, said they couldn't open
  6      movie files, like they didn't have the
  7      ability to open movie files.  And so the
  8      judge said since the defendant wasn't able
  9      to open them, I couldn't show them to the
 10      jury.  I could just talk about them.  So I
 11      had to basically describe my experience and
 12      try to teach the jury what happened without
 13      using the videos.
 14                   In another case -- oh, and
 15      another other case was an ITC case, where at
 16      that point in the ITC, you would not do
 17      direct testimony.  At the ITC would upload a
 18      Series of question and answers, and
 19      exhibits, and the judge would review that
 20      before you started the hearing to save time,
 21      and you would just then start with
 22      cross-examination.  And when my statements
 23      were uploaded, the attorney for -- uploaded
 24      the exhibits, but the system rejected the
 25      exhibits and the attorney didn't know that,
```

```
                                              Page 14

 1                    W.  Singhose,  Ph.D.
 2      and  so  we  got  to  the  ITC  and  the  exhibits
 3      weren't  there,  so  I  was  not  allowed  to  speak
 4      to  those  exhibits  because  they  were  never
 5      uploaded  at  the  right  time.
 6                    Oh,  there  was  one  more.   In
 7      another  case,  it  was  a  crane  accident  case
 8      where  I  had  done  some  experimentations  on  a
 9      scale  model  crane  and  explained  why  it
10      tipped  over,  and  when  it  tipped  over,  what
11      happened.   And  we  published  a  journal
12      article  on  that  and  stuff,  but  the  judge
13      said  that  he  didn't  want  the  jury  to  see
14      that  set  of  experiments  for  some  reason.   I
15      don't  recall  why.   But  I  mean,  I  still
16      testified  at  the  trial  on  other  issues.
17                    But  those  are  the  three  times  I
18      can  remember  where  there  were  some  partial
19      restrictions  in  what  I  was  able  to  testify
20      about.
21          Q.       To  your  knowledge,  has  your
22      testimony  ever  been  excluded  by  a  court?
23          A.       Well,  that's  what  I'm  trying  to
24      answer  the  question.   In  my  opinion,  my
25      testimony  was  excluded  to  some  extent  for
```

```
                                      Page 15
 1                      W. Singhose, Ph.D.
 2      those three reasons.
 3           Q.        Okay.
 4                     So no other instances that you
 5      can recall?
 6           A.        None.
 7                     MR. HUANG:  Okay.  All right.
 8           I am going to mark as the first exhibit
 9           a copy of US Patent 11,143,145,
10           assuming I can actually get this done
11           right.
12                     (Whereupon, Exhibit 3 was
13           marked for identification.)
14                     THE WITNESS:  Just so I
15           understand, first exhibit, you mean
16           Exhibit 3?
17                     MR. HUANG:  Exhibit 3.  The
18           next exhibit, is what I meant to say
19           about that.
20                     Hang on a second.
21                     THE WITNESS:  While you're
22           doing that, I will let you know that I
23           was supposed to have some boxes of
24           material shipped to me, you know, like,
25           clean copies of stuff, and I did not
```

Page 16

```
 1                    W. Singhose, Ph.D.
 2         get that.
 3                    So all I have is what I showed
 4         you, my report, and I just happen to
 5         have three clean copies of the '101,
 6         the '780, and the '034 patent.  That's
 7         all I have here.
 8                    MR. HUANG:  Okay. understood.
 9                    And there's nothing else,
10         you're saying?
11                    THE WITNESS:  That's right.
12         That's all I have on my desk.  Four
13         documents.  So if we need anything
14         else, I'm going to have to look at the
15         documents electronically.
16                    MR. HUANG:  That's fine.
17    BY MR. HUANG:
18         Q.       If you could look at Exhibit 3,
19      which I marked, it's not the best copy, and
20      there's a couple that are sort of rotated
21      but I think this --
22                    MS. HOEKEL:  Excuse me.
23                    (Off the record discussion)
24    BY MR. HUANG:
25         Q.       So if you could turn your
```

Page 17

1                          W. Singhose, Ph.D.
2        attention in Exhibit 3, which is the '145
3        patent -- do you have that open in front of
4        you?
5              A.        Yes, I do.
6              Q.        All right.  Can you go to claim
7        one?  It's column 21, second-to-last page.
8              A.        Okay.
9              Q.        Okay.  Great.  Thanks.
10                        Dr. Singhose, you've looked at
11        claim one.  Right?  This is one of the
12        asserted claims in the patent?
13              A.        Yes.
14              Q.        Okay.
15                        And one of the terms that I
16        believe is at issue in claim one is the term
17        a switch to change operation of the engine
18        between gaseous fuel and liquid fuel.
19                        Do you see that?
20              A.        Yes, I do.
21              Q.        Okay.
22                        So I just had a couple
23        questions about the rest of the claim just
24        to make sure I understand.  So if you look
25        below that, there's a limitation that

```
                                        Page 18
 1                    W. Singhose, Ph.D.
 2      starts:  A liquid fuel cut-off solenoid ...
 3                    Do you see that?
 4         A.        Yes, I do.
 5         Q.        Okay.
 6                    And you understand what a
 7      solenoid is, right?
 8         A.        Yes, I do.
 9         Q.        All right.  And that's -- the
10      solenoid is something that operates off of
11      electricity, right?
12         A.        Yes, it did does.
13         Q.        And you can use electricity to
14      have it -- well, actually, let me just ask
15      you this:  What is a solenoid, in your view?
16         A.        A solenoid is an
17      electromechanical device.  So there's an
18      electrical part and a mechanical part, and
19      when you apply voltage to the device, it
20      creates a magnetic field.  And that magnetic
21      field pushes or pulls on a piece of metal
22      inside there that's able to move back and
23      forth.  And so it moves a piece of metal one
24      direction or the other once you turn on the
25      magnetic field.  And then when you turn it
```

```
                                        Page 19

 1                   W.  Singhose,  Ph.D.
 2     off,  generally  there's  a  spring  that  pushes
 3     it  back  to  where  it  came  from.
 4          Q.      Okay.   Okay.
 5                  Now,  the  --  this  limitation
 6     that  we  just  started  reading,  a  liquid  fuel
 7     cut-off  solenoid,  continues  on  and  says,  "to
 8     interrupt  liquid  fuel  flow  to  the  engine
 9     upon  actuation  of  the  switch  from  liquid
10     fuel  to  gaseous  fuel."
11                  Do  you  see  that?
12          A.      Yes.
13          Q.      Okay.
14                  So  the  switch  that's  referred
15     to  in  that  limitation  is  the  same  switch  we
16     were  just  looking  at  earlier  in  the  claim,
17     right?   A  switch  to  change  operation?
18          A.      Yes,  that's  what  I  think  the
19     antecedent  basis  of  "the"  is.
20          Q.      Okay.
21                  And  when  you  say  antecedent
22     basis,  what  do  you  mean?
23          A.      When  there's  an  article  "the"
24     it's  usually  --  often  it's  assuming  we  were
25     discussing  that  object  before,  and  I  refer
```

```
                                          Page 20

 1                    W. Singhose, Ph.D.
 2      to that as the antecedent basis.  Maybe
 3      that's not the correct term, but that's the
 4      way I refer to it.
 5           Q.        No, no, no.  I just want to
 6      make sure the record is clear.
 7           A.        Yeah, when you go back and you
 8      look at -- you go back up through the words
 9      and you find the earlier use of that word
10      that seems to be linked to the "the."
11           Q.        Okay.  All right.
12                     So and then the next limitation
13      says a voltage regulator.
14                     Do you see that?
15           A.        Yes, I do.
16           Q.        Okay.
17                     And then it just goes on and
18      says:  A voltage regulator coupled to the
19      charging coil to receive power therefrom and
20      that operates to provide a regulated voltage
21      to the liquid fuel cut-off solenoid.
22                     Did I read that correctly?
23           A.        I think so, yes.
24           Q.        Okay.
25                     And then that -- again, that's
```

```
                                        Page 21
```

                         W.  Singhose,  Ph.D.
 1
 2     related  to  the  solenoid  we  just  looked  --  we
 3     just  talked  about,  right,  that  voltage
 4     regulator?
 5          A.      Yes.
 6          Q.      All  right.   And  these
 7     components  are  all  part  of  an  electric
 8     circuit,  right?   You  need  a  circuit  in  order
 9     for  the  voltage  regulator  to  be  connected  to
10     the  solenoid.
11               Is  that  right?
12          A.      Yeah,  I  mean  there's  probably
13     multiple  circuits.
14          Q.      Okay.   All  right.
15               If  you  could  take  a  look  at  --
16     in  the  same  patent,  let's  take  a  look  at
17     figure  14.
18               You've  looked  at  this  figure
19     before,  right?   You  reviewed  this  patent?
20          A.      Yes,  I  have.
21          Q.      All  right.
22               And  figure  14  is  described  in
23     the  patent  as  a  wiring  diagram  of  a
24     microcontroller  receiving  input  signals  and
25     operating  engine  components  according  to  an

```
                                        Page 22

 1                    W.  Singhose,  Ph.D.
 2      embodiment  of  the  invention,  and  then  I'm
 3      reading  from  column  three,  line  53  to  55  of
 4      the  patent.
 5                   And  I'm  just  --  my  question  for
 6      you  is  actually  specific  to  some  aspects  of
 7      this  figure  14,  but  let  me  just  first  start
 8      by  asking:   Is  it  your  understanding  that
 9      figure  14  is  depicting  a  circuit?
10          A.        Yes.   And  I  would  say  probably
11      more  than  one  circuit.   You  could  call  it  a
12      circuit  or  you  could  start  looking  at  it  and
13      say  here's  a  subcircuit  and  so  forth,  but
14      it's  circuits  certainly.
15          Q.        Okay.   Thank  you  for  the
16      correction.   So  it's  circuits.   And  I  will
17      note  that  in  this  diagram,  there  is
18      something  identified,  I  believe,  as  354  in
19      the  middle,  sort  of  upper  middle  part  of  the
20      diagram.   And  it  has  --  it's  a  box  with  some
21      lines  in  it  and  underneath  it,  it  says  the
22      word  switch.
23                   Do  you  see  that?
24          A.        Yes,  I  do.
25          Q.        Okay.
```

```
                                              Page 23
 1                    W. Singhose, Ph.D.
 2                    Now, that box and that switch
 3      354, that is the -- that is referred to in
 4      the patent as a fuel switch, right?  And
 5      I'll refer your -- refer you to column 19
 6      around line 37.  You can read whatever other
 7      part of that paragraph you need to to
 8      confirm.  That's column 19, line 37, is
 9      where the words fuel switch comes up.
10           A.     Yes, it says there's a fuel
11      switch 354 or combination switch 356.  Is
12      that the line you're referring to?
13           Q.     Yes, that's right.
14                  Okay.  So it's referred to as a
15      fuel switch in the spec, correct?
16           A.     Yes.
17           Q.     Okay.
18                  And if you look further up in
19      that paragraph, it says with respect to this
20      fuel switch, "fuel switch 354 changes
21      operation of the engine between LPG and
22      gasoline."
23                  Did I read that part of it
24      correctly?
25           A.     Well, I'm seeing something like
```

Page 24

```
 1                    W. Singhose, Ph.D.
 2     that on line 32.
 3          Q.        I'm sorry.  Right.  Line 32.
 4     Column 19, line 32.  I forget what I said,
 5     but I'm sorry for misspeaking.  Thirty-two
 6     is the right line.
 7                    Did I read that correctly?
 8          A.        I think so.
 9          Q.        Okay.
10                    And by LPG, what that's
11     referring -- that's liquid propane
12     gasoline -- or no, liquid propane gas,
13     right?
14          A.        Or liquid petroleum gas.  I
15     mean --
16          Q.        Okay.  All right.
17                    And then gasoline is gasoline,
18     right?  It's like a liquid fuel that you put
19     in your car, right?
20          A.        Yes.
21          Q.        Or you could put in your car or
22     something like that.
23                    Is LPG a gaseous fuel?
24          A.        It really depends on how it's
25     used.  In this case, it's being used as a
```

1                    W.  Singhose,  Ph.D.

2    gaseous  fuel.    But  it  is  liquid,  so

3    depending  on  how  you  draw  it  out  of  the

4    cylinder  and  use  it,  it  can  be  a  liquid  fuel

5    or  a  gaseous  fuel,  but  in  the  way  it's  being

6    used  here,  it's  a  gaseous  fuel.

7          Q.          You'd  agree  that  LPG,  at  normal

8    temperatures  and  pressures,  would  be

9    considered  a  gaseous  fuel,  right?

10                   MS.  HOEKEL:    Object  to  the

11          form.

12          A.          Well,  it  wouldn't  be  LPG  at

13    normal  pressures.    It  only  exists  as  liquid

14    either  at  lower  temperatures  or  higher

15    pressures.

16          Q.          So  you're  saying  that  in  your

17    opinion,  you  would  not  refer  to  a  gaseous

18    fuel  that  is  delivered  from  a  container  that

19    contains  liquid  petroleum  gas  or  liquid

20    propane  gas,  LPG,  you  would  not  consider  --

21    I'm  sorry.    Terrible  phrasing.    Let  me

22    rephrase  that.

23                   So  are  you  saying  that,  in  your

24    opinion,  you  would  not  refer  to  the  fuel

25    delivered  from  a  container  that  stores  LPG,

```
                                            Page 26
 1                    W. Singhose, Ph.D.
 2     you wouldn't consider that to be gaseous
 3     fuel?
 4                    MS. HOEKEL:  Object to the
 5          form.
 6          A.       No, I would consider it to be
 7     gaseous fuel if the exhaust port is at
 8     essentially the top of the tank.  Whenever
 9     you have a tank of LPG, inside that tank is
10     liquid, that's where it gets its name, but
11     above the liquid is going to be gas.  If you
12     open a valve at the top, then gas -- gaseous
13     material will come out.  But if you had a
14     valve at the bottom and you opened it, then
15     liquid would come out, and some machines are
16     designed to used the liquid form of LPG,
17     rather than the gaseous form.  So LPG can be
18     a gaseous fuel source or a liquid fuel
19     source.  But the way it's being used here is
20     it's being used as a gaseous fuel source.
21          Q.       Are you aware of any generators
22     that use LPG in liquid form to actually
23     operate?
24          A.       Yes.
25          Q.       So getting back to what we were
```

```
                                            Page 27
 1                      W. Singhose, Ph.D.
 2      talking about here, this fuel switch that's
 3      described here is a switch that is part of
 4      the electrical circuit shown in figure 14,
 5      right?
 6           A.     Yes, it's part of the circuitry
 7      that's shown in that figure.
 8           Q.     Okay.
 9                  Now, there's also a term in
10      here in claim one, although I think it's
11      used in other patents, and it says:  A
12      carburetor attached to an intake ...
13                  Do you see that?
14           A.     Let me get back to the claim
15      here.
16           Q.     Yes, claim one of the 145
17      patent at column 21 around line 41.
18           A.     Yes, I see a carburetor on line
19      43.
20           Q.     Forty-three.  Sorry.  I'm
21      getting all the lines mixed up.  All right.
22      So line 43.
23                  So now, a carburetor is
24      typically used in combustion engines, right,
25      if you're using gasoline without fuel
```

```
                                          Page 28
 1                       W. Singhose, Ph.D.
 2     injection?
 3          A.       Yes.
 4          Q.       Okay.
 5                   And so this claim requires a
 6     carburetor.  Is it your understanding that
 7     for a dual fuel engine, like the ones that
 8     this patent discusses, when you're using a
 9     gaseous fuel, that gaseous fuel is delivered
10     to the carburetor?
11          A.       Yes, you could do it that way.
12          Q.       Okay.  All right.
13                   And is that something that the
14     patents talk about?
15          A.       Yes.
16          Q.       Okay.
17                   And when gaseous fuel is
18     delivered to the carburetor, it's delivered
19     in -- it's in gas form, right?  The phase
20     gas, not the fuel gas?
21          A.       That's right.  It comes -- the
22     fuel comes in the gaseous state into the
23     carburetor.
24          Q.       Thank you.  Thank you.
25                   Okay.  So -- and that's
```

```
                                        Page 29
 1                    W. Singhose, Ph.D.
 2      regardless of how -- whether it's stored in
 3      liquid or gas form?
 4                    MS. HOEKEL:  Object to the
 5           form.
 6           A.      Well, I can't testify to that
 7      here because you're asking me these
 8      questions in the -- you said in the context
 9      of this patent.  This patent only talks
10      about it in the gaseous -- as a gaseous fuel
11      source, so I can only speak to that.
12                    MR. HUANG:  Okay.  So again,
13           you're saying that --
14                    Okay.  All right.  So I think I
15           understand what your position is.
16                    All right.  So just to get back
17           on track here, let me just -- let me
18           just switch gears here.  I'm going to
19           mark as the next exhibit -- of course,
20           I can't seem to do this correctly here.
21                    (Whereupon, Exhibit 4 was
22           marked for identification.)
23      BY MR. HUANG:
24           Q.      Exhibit 4 is a US Patent
25      10,598,101.  It's one of the other asserted
```

```
                                         Page 30
 1                    W. Singhose, Ph.D.
 2     patents.
 3               If you could, take a look at
 4     Exhibit 4 and confirm for me that it's one
 5     of the patents you reviewed as part of your
 6     work to come up with your opinions in
 7     Exhibit 2.
 8          A.     Yes.
 9          Q.     Okay.  Great.
10               So let's take a look at -- if
11     you could look at the figures, and
12     specifically figure four of Exhibit 4.
13          A.     Okay.
14          Q.     Now, figure four describes what
15     is identified in the entire picture, I
16     guess, as item 30.  It describes what the
17     patent refers to as a selector switch,
18     right?  And that's specifically mentioned at
19     column five, line 24?
20          A.     Yes, that is correct.
21          Q.     Right.  And specifically the
22     language there says:  Referring first to
23     figure four, the general structure of
24     selector switch 30 is shown according to an
25     exemplary embodiment.
```

```
                                               Page 31

 1                     W.  Singhose,  Ph.D.
 2                Did I read that correctly?
 3                THE  COURT  REPORTER:   Counsel,
 4       can you slow down when you're reading?
 5       A.      You went a little fast for me.
 6       Q.      I apologize.
 7       A.      What line were you starting on
 8    again?  Because I got lost.
 9       Q.      Column five, line twenty-three,
10    referring -- I'm going to read it out loud
11    again.
12       A.      Okay.
13       Q.      Column five, line 23,
14    "Referring first to figure four, the general
15    structure of selector switch 30 is shown
16    according to an exemplary embodiment."
17                Did I read that correctly?
18       A.      Yes, you did.
19       Q.      Okay.  All right.  Great.
20                Thank you.
21                Now -- and you can read as much
22    of the patent as you think you need to, but
23    I just want to just mention what's shown in
24    figure four is not an electrical switch like
25    we were looking at in the '145 patent,
```

```
                                                Page 32
                            W. Singhose, Ph.D.
 1
 2      right?
 3                      MS. HOEKEL:   Object to the
 4           form.
 5           A.         Yeah, that is not an electrical
 6      switch.
 7           Q.         Okay.
 8                      Now, going back to -- back to
 9      the patent description of this -- of this
10      piece, the -- if you look at figure five and
11      six, this is described in the patent as a
12      front perspective view of the fuel selector
13      of figure three with the selector switch in
14      a first position, according to embodiment
15      invention, that's for figure five, and I'm
16      reading from column three, line 13.
17                      And then figure six is a front
18      perspective view of the fuel selector of
19      figure three with the selector switch in a
20      second position according to an embodiment
21      of the invention.
22                      First, did I read those two
23      passages correctly with respect to figure
24      five and six?
25           A.         Yes.
```

W. Singhose, Ph.D.

Q. And those -- looking at this, it's referring to figure three, but the selector switch it's referring to in each of these passages is the same selector switch that's also shown in figure four, right?

A. Yeah. Just for clarity, the figure three is not the selector switch. It's the fuel selector, or, you know, a large part of it. And then figure four is the selector switch that goes on top of that. And then five and six are showing the selector switch in two different positions. That's how it all fits together.

Q. I see. Thank you. Thanks for that clarification.

So figure three shows -- does not show the selector switch, figure four shows a selector switch. And is it fair to say that figure five and figure six show the selector switch in figure four in and over the plate shown at figure three, or the selector -- the fuel selector in figure three?

A. Yes, I think that's pretty much

```
                                            Page 34

 1                    W.  Singhose,  Ph.D.

 2     a correct description of what's going on.

 3            Q.       Okay.  Great.

 4                    So figure three is a fuel

 5     selector, figure four is a selector switch.

 6                    Is that right?

 7            A.       Yes.

 8            Q.       Is that what you said?

 9            A.       Yes.

10            Q.       Okay.  Great.

11                    Now, looking at figure five,

12     figure five is discussed at length starting

13     really -- well, it starts at column five,

14     line 43, but then figure five specifically

15     is discussed starting at column five, line

16     63 and moves on to column six, line 18.

17                    Did I get that correctly?

18            A.       I don't know.

19            Q.       You don't know?  Are you

20     looking at that?

21            A.       Yes.

22            Q.       Let me just ask a specific

23     question.

24            A.       Okay.

25            Q.       So with respect to figure five
```

```
                                              Page 35
 1                    W. Singhose, Ph.D.
 2     and the selector switch 30 -- right? --
 3     which is part of figure five, and is the --
 4     that same sort of piece that has a double
 5     arrow on it -- do you see it in figure five?
 6          A.        Yes, I do.
 7          Q.        That's the same double arrow
 8     you see in figure four?
 9          A.        Yes.
10          Q.        Okay.
11                    So with respect to the selector
12     switch, the patent describes, with respect
13     to figure five, at column five, line 51,
14     "the selector switch 30 is translatable in a
15     horizontal motion via a sliding motion
16     within slots 44 of the selector plate 28
17     from the first position 56, figure five, to
18     the second position, 58, figure six, to
19     selectively restrict actuation of the first
20     and second fuel valve handles, 34, 38."
21                    First, did I read that
22     correctly?
23          A.        Yes.
24          Q.        All right.
25                    So when this sentence in the
```

Page 36

```
 1                   W. Singhose, Ph.D.
 2    patent uses the word translatable in a
 3    horizontal motion, what is your
 4    understanding of what translatable in a
 5    horizontal motion means?
 6         A.        Well, translate means to move.
 7         Q.        Okay.
 8         A.        Horizontal generally means side
 9    to side if we're all sort of standing
10    upright in a gravity field.  So this would
11    basically be something that slides left to
12    right as you're looking at it or operating
13    it.
14         Q.        Okay.
15                   And in figure five, that's
16    showing it in the right position.  And
17    again, "it" meaning the selector switch with
18    the double arrow, right?
19         A.        Yes.  When it's slid to the
20    right, they're calling that the first
21    position.
22         Q.        Okay.
23                   So figure five is the first
24    position, right?
25         A.        Yes.
```

Page 37

1                    W. Singhose, Ph.D.

2        Q.        Okay.

3                  And then figure six is the

4     second position where that plate goes to the

5     left.

6                  Right?

7        A.        Yes.

8        Q.        Okay.

9                  Now -- sorry, I lost my place

10    here, let me find this again.  Okay.

11                 Now, in this sentence I was

12    just looking at, it also goes on -- it says

13    via a sliding motion.

14                 When it says sliding there, is

15    that the same thing you were talking about

16    about horizontal movement?

17       A.        Well, it's a little more

18    specific.  It's saying it's sliding, which

19    generally means, like, one surface is just

20    literally sliding over another.  If there

21    was a geared -- you can imagine it could be

22    operated by gears, like a motor could turn

23    on it and it could be driven across by

24    gears.  That wouldn't be sliding.  So it's

25    just a very simple kind of physical motion

```
                                              Page 38
                            W. Singhose, Ph.D.
 1
 2      where one object slides over the surface of
 3      another.
 4             Q.      Okay.
 5                     Now, if you look at the
 6      sentence, it goes on, you know, after it
 7      talks about the first position and the
 8      second position, it says, "to selectively
 9      restrict actuation of the first and second
10      fuel valve handles."  So what is your
11      understanding --
12             A.      I'm sorry.  Can you give me the
13      line number again?  I was looking at the
14      figure --
15             Q.      Yeah, no, it's all right.
16      Figure 54.
17             A.      The line number 54?
18             Q.      Sorry.  Line number 54.
19             A.      Okay.
20             Q.      Column five, line number 54.
21      And I'm just going to read it again.  So let
22      me start the question again.
23                     So the passage we read before
24      says, "to selectively restrict actuation of
25      the first and second fuel valve handles, 34,
```

Page 39

W. Singhose, Ph.D.

1                        W. Singhose, Ph.D.
2        38."  That's the end of this passage we had
3        read before.
4                        Did I read that correctly?
5             A.        Yes.
6             Q.        Okay.
7                        Now, where it says actuation,
8        what does that mean to you?
9             A.        Actuation means to be able to
10       use it, to be able to turn it, to be able to
11       move it.  Something like that.
12            Q.        Okay.  All right.
13                       And when it says to selectively
14       restrict actuation, so that means
15       selectively restrict movement.
16                       Is that right?
17            A.        Yeah.  In this particular case,
18       you could say it's movement because those
19       valves need to physically move to open and
20       close.  So in this particular embodiment I
21       would say that's a fair assessment of what
22       that means.
23            Q.        Okay.
24                       So looking at figure five, you
25       have a handle, I think that's referred to as

```
                                         Page 40
 1                    W.  Singhose,  Ph.D.
 2      34  --  I'm  just  looking  at  --  yeah,  valve
 3      handles  34  and  38.    Figure  five  shows  valve
 4      handle  34,  but  you  can't  see  handle  38,
 5      right?
 6           A.       Not  in  figure  five.
 7           Q.       Right.    And  in  figure  six,  you
 8      can  see  handle  38,  but  not  handle  34,  right?
 9           A.       That  is  correct.
10           Q.       Okay.
11                    So  when  it  says  selectively
12      restrict  actuation,  part  of  that  is  whether
13      or  not  you  can  even  access  the  handle.
14      Right?    You  can't  access  38  if  you're  in  the
15      first  position  in  figure  five.
16                    Right?
17           A.       That  is  correct.    That's
18      blocking  the  user  from  actuating  it.
19           Q.       Right.    And  then  in  figure  six,
20      that  second  position  for  the  selector  switch
21      30  is  on  the  left,  so  you  no  longer  can
22      access  handle  34  in  that  position.
23           A.       That's  correct.    The  user
24      cannot  actuate  or  turn  34.
25           Q.       Okay.    All  right.    Okay.    So  I
```

```
                                          Page 41
 1                    W. Singhose, Ph.D.
 2      think I understand then.
 3                  So let me -- let's go back to
 4      figure five -- well, let me just make sure I
 5      understand.  So figure five is the first
 6      position, and in the patent, it mentions
 7      that this first position, which -- let's
 8      see.  Well, let me try it a different way.
 9                  So figure five is first
10      position, figure six is the second position.
11      And in the second position, I see that
12      there's a -- in addition to the handle 38
13      that's exposed, there's also something
14      labeled 60 and 32.  Sixty, I think, is an
15      opening and 32 is a -- what I think is a
16      switch.
17                  Is that right?
18          A.      I'd have to search for what 32
19      is.  I mean, it looks like some kind --
20          Q.      Okay.  Column six -- take a
21      look at column six, line 44.
22          A.      Yeah.  On that, it says:  The
23      generator ten further comprises a carburetor
24      solenoid switch 32.
25          Q.      Okay.
```

Page 42

1              W. Singhose, Ph.D.

2              So 32 is not the solenoid, but

3    it's a switch.

4              Right?

5        A.      Right.  It's described as a

6    solenoid switch.

7        Q.      Okay.

8              And is that an electrical

9    switch?

10       A.      Yes, that would be an

11   electrical switch in the sense that it uses

12   electricity to switch the state of the

13   solenoid.

14       Q.      All right.

15              Now, in this -- so that's --

16   when you're in the second position, figure

17   six, that switch is exposed, and it looks

18   like the patent does describe that after the

19   selector switch is moved to the -- when you

20   move it to the -- I'm sorry.  This is so

21   confusing in the patent the way it's

22   written, let me just make sure I get this

23   right before I make more mistakes here.

24              MS. HOEKEL:  Object to the

25       form.

```
                                        Page 43

1                  W.  Singhose,  Ph.D.

2               MR.  HUANG:   That  wasn't  a

3          question.   It  was  a  comment  on  my  own

4          ability.   Sorry.

5    BY  MR.  HUANG:

6          Q.      Okay.   So  --  okay.   So  if  you

7      look  at  column  six,  starting  at  line  48,  in

8      reference  to  the  solenoid  switch  --  do  you

9      see  that?

10              It  says:   As  solenoid  switch  32

11      is  located  adjacent  to  the  second  valve

12      assembly  26,  which  is  in  turn  connected  to

13      the  gasoline  fuel  source  20,  selector  switch

14      30  covers  and  triggers  solenoid  switch  32

15      when  slid  from  the  second  position  to  the

16      first  position  56  by  depressing  the  solenoid

17      switch  32  as  it  comes  in  contact  therewith.

18              Did  I  read  that  correctly?

19          A.      Yes.

20          Q.      Okay.

21              And  that's  related  to  the

22      carburetor  shutoff  solenoid  as  we  mentioned

23      in  the  following  sentence,  right?

24          A.      Yes.

25          Q.      Okay.
```

```
                                        Page 44

 1                    W.  Singhose,  Ph.D.
 2                    So going  back  to  looking  at  the
 3      figures,  so when  you move  from  figure  six,
 4      which  is a  second  position,  to  figure  five,
 5      which  is  the  first  position,  that  selector
 6      switch moves  to  the  right,  and  then what
 7      this patent  is  saying  is  it  actually  covers
 8      and  triggers  the  solenoid  switch when  it's
 9      slid  to  that  first  position  by pressing  the
10      switch physically.
11                    Is  that  right?
12          A.        Yes,  it's  describing  a  case
13      where  this  selector  switch  --  basically,  in
14      one motion  of  the  selector  switch,  it's
15      doing more  than  one  thing.   It's  covering
16      that  --  the  number  38 we were  talking  about,
17      that  valve,  and  so  it's  restricting
18      actuation of  that.   But  as  of  the  same  time,
19      it's  triggering  this  switch  32.
20          Q.        Okay.   I  see.
21                    So you  said  it's  doing  more
22      than  one  thing.   So  covering  is  one  thing.
23      Covering  the  handle,  and  then  pushing  that
24      switch  is  the  second  thing.
25                    Is  that  right?
```

```
                                         Page 45

 1                   W. Singhose, Ph.D.
 2        A.        Yes, that's what's described in
 3   this embodiment.
 4        Q.        Okay.  All right.
 5                  Now, when you go to the first
 6   position in this embodiment, when you slide
 7   the selector switch over, can you start
 8   using the -- the generator to run off of
 9   gasoline, which I believe is what the first
10   position is referring to?
11        A.        I think what we were just
12   describing is that it's the carburetor
13   shutoff solenoid.  So it's not really clear
14   in that description whether it's shutting
15   off the carburetor or allowing the
16   carburetor to flow.  I'd have to read the
17   rest of it to figure that out.  But yes,
18   it's basically either allowing or
19   disallowing the use of gasoline to that
20   motion.
21        Q.        Well, let me ask you this more
22   fundamental question.
23                  Is the first position shown in
24   figure five related to the use of an either
25   gasoline or some sort of liquid fuel to
```

Page 46

1                        W. Singhose, Ph.D.

2          power the generator?

3                        MS. HOEKEL:  Object to the

4              form.

5              A.        I'm not sure that the patent

6          says which one.  It's basically describing a

7          set up that can use two different sources.

8          Whether or not the first is gasoline liquid

9          or the second is gasoline liquid, I'd have

10         to review the patent to see which one it's

11         talking about.

12             Q.        Okay.

13                        Let me refer you to column six,

14         line 54.  And it reads:  When solenoid

15         switch 32 is triggered, a carburetor shutoff

16         solenoid operatively connected to the

17         solenoid switch 32 is activated and shuts

18         off the flow of gasoline to the carburetor

19         16, figure two.

20                        Did I read that correctly?

21             A.        Yes.  So that would indicate

22         then that in that first position, you cannot

23         use the liquid gasoline.

24             Q.        Okay.

25                        So the first position would be

```
                                        Page 47
1                     W. Singhose, Ph.D.
2       referring to the other fuel source?
3            A.      Yeah, the first -- yeah, if
4       you're in the first position, the second --
5       the second fuel source is the one that can
6       be used.
7            Q.      Okay.  Great.  Great.  That's
8       helpful.
9                    So let's go back to -- to this.
10      So when I slide the selector switch from the
11      second position shown in figure six to the
12      first position shown in figure five, in
13      terms of the selector switch, can I start
14      using the engine on the other second fuel?
15           A.      I think you may very well be
16      able to if during that sliding motion of the
17      selector switch it automatically opens the
18      secondary fuel switch.
19                   So as you can see, that when we
20      go from the figure six to figure five, that
21      selector switch is doing at least two
22      things, covering 38 and activating 32.
23      Whether or not that same motion turns the
24      secondary fuel valve open, I think is not
25      discussed here, but that's certainly a
```

```
                                            Page 48
 1                   W.  Singhose,  Ph.D.
 2       possibility  of  what  it  could  do.
 3             Q.       So  in  the  embodiment  shown  in
 4       figure  five  and  six,  a  user  needs  to  turn
 5       that  handle  in  order  to  get  the  second  fuel
 6       source  to  be  connected  to  the  generator.
 7                   Isn't  that  right?
 8             A.       Well,  that's  what  I'm  saying.
 9       I  don't  think  that  that's  required.   I  think
10       as  you  slide  that  selector  switch  back  and
11       forth,  it  can  push  on  switches  and  move
12       them.   And  so  it's  a  possibility  that  when
13       you  slide  that  over,  you're  automatically
14       opening  and  closing  the  second  switch  just
15       as  you're  automatically  opening  and  closing
16       that  32  carburetor  solenoid  switch  we  were
17       talking  about.
18             Q.       I  don't  think  you  answered  my
19       question,  Dr.  Singhose.
20                   I'm  asking  you  about  the
21       disclosure  in  the  patent.
22                   In  the  patent,  figure  five  and
23       figure  six,  when  you  look  at  figure  five  and
24       six,  when  you've  slid  --  you've  only  just
25       slid  the  switch  --  the  selector  switch,  as
```

Page 49

```
 1                  W. Singhose, Ph.D.
 2   described in the passage we read on column
 3   six, if you just slide the selector switch
 4   in this embodiment, can you start using the
 5   second fuel source or do you need to do
 6   something else in order to connect the
 7   second fuel source?
 8                  MS. HOEKEL:  Object to the
 9       form.
10       A.     That's not specifically
11   described in the patent, but I think that
12   you could start using it immediately if the
13   sliding of that switch triggered the second
14   fuel source just like it triggers the
15   solenoid, the carburetor solenoid switch.
16   That's just not described in this section.
17   It doesn't go into that detail.
18       Q.     If you look at figure five, the
19   handle 34, that handle 34 requires a user to
20   turn it, right?
21       A.     That we don't know, but it's
22   already turned, so what figure five is
23   showing us is a configuration where fuel too
24   is being used.
25       Q.     Okay.  Right.
```

```
                                           Page 50

 1                    W. Singhose, Ph.D.

 2                    So in other words, that's

 3      already turned on?

 4           A.      Yes.

 5           Q.      All right.

 6                    And you're saying that in your

 7      view, you cannot tell from this whether or

 8      not that handle is something that a user

 9      would need to turn in order to turn it on?

10                    MS. HOEKEL:  Object to the

11           form.

12           A.      That's right.  It, you know,

13      looks like a user could turn it on, but if

14      we go to figure six, we don't see it there,

15      but we know that it's turned sideways

16      because it has to be closed.  So going from

17      figure six to figure five, several things

18      are happening.

19                    It's covering the gasoline

20      valve switch 38 we talked about.  It's

21      automatically triggering 32, which is the --

22      we talked about the carburetor solenoid

23      cut-off.  And when we get to five, the

24      second fuel source is opened.

25                    So going from six to five, it
```

Page 51

1                      W. Singhose, Ph.D.
2        indicates that three things are happening.
3        And we only know for certain that the user
4        is sliding the plate sideways, that's all we
5        know for certain.  We know that it's
6        covering and it's triggering the solenoid
7        for certain.  We just don't know what is
8        required to have 34 turn.
9              Q.     So --
10             A.     And the basis for that is if
11       you look at column six down at -- starting
12       at about line 59, it says that the solenoid
13       switch 32 may be another type of switch that
14       can be activated via interaction with
15       selector switch 30 or via interaction with
16       either valve handle 34 and 38 so as to
17       activate the carburetor shut-off solenoid.
18                    So that's teaching us that
19       there's various ways the selector switch can
20       interact with those three valves, 30, 34,
21       and 38.
22             Q.     So you're saying that the
23       selector switch can move to do -- to have
24       other interactions?  That's what you're
25       saying this patent is teaching?

                                          Page 52

                          W. Singhose, Ph.D.

1

2          A.      Yes, that's what that -- that's

3     what I just read.

4          Q.      Well, what you just said says

5     that it's talking about activating the

6     carburetor shut-off solenoid.  That's right.

7                  Did I read that right?

8          A.      Yes, but the part --

9          Q.      I'm just asking -- I'm sorry.

10    I asked you --

11                 (Cross-talk)

12                 THE COURT REPORTER:  You need

13         to speak one at a time, please.

14    BY MR. HUANG:

15         Q.      Well, that last answer was not

16    responsive.  I asked you a yes or no

17    question about if I read it.  Your counsel

18    can ask on her time follow-up questions if

19    you want to talk more.

20                 Understood?

21         A.      Well, I'm going to answer the

22    question as clearly as I can.  You can move

23    to strike it.  We know the rules here.  But

24    don't try to cut me off, please.  I won't

25    cut you off.  Don't cut me off, and we'll

```
                                          Page 53
 1                      W. Singhose, Ph.D.
 2     all be fine.
 3          Q.      Dr. Singhose, what's the
 4     purpose of a handle?
 5          A.      Well, there's a number of
 6     purposes to handles.  Certainly one is them
 7     is for someone to grab onto it and turn it,
 8     or pull it, or push it, or move it.
 9          Q.      Okay.
10                  So let me ask you a question.
11     When you reviewed the materials and
12     considered materials in preparing your
13     opinions for this case, did you consider all
14     of the -- what is commonly referred to as
15     intrinsic record or intrinsic evidence?
16          A.      Yes, I believe I did.
17          Q.      Did you consider the
18     prosecution histories for each of the
19     patents that you were considering?
20          A.      Yes, I did.
21          Q.      All right.
22                  And actually, in paragraph 52
23     of your declaration Exhibit 2, which is page
24     26, you referred to -- you actually say,
25     "Based on my review of the asserted patents,
```

Page 54

```
 1                    W. Singhose, Ph.D.
 2      asserted claims, and the prosecution
 3      history, and consistent with my general
 4      knowledge and experience in the industry, my
 5      opinion is that a POSITA would accord this
 6      term its plain and ordinary meaning
 7      consistent with and understood in light of
 8      the specification and claim language, which
 9      includes one more or valves arranged to work
10      together," and this is in reference to the
11      term "valve assembly."
12                    Did I read that correctly from
13      paragraph 52?
14          A.      Yes, you did.
15          Q.      All right.
16                    So to the extent that you found
17      anything relevant in the prosecution
18      history, you would have mentioned it in your
19      declaration, right?
20                    MS. HOEKEL:  Object to form.
21          A.      Yes, I think if it was needed
22      to support my opinion I would have -- I
23      would have presented that to you.
24          Q.      Okay.
25                    Similarly, the term mechanical
```

Page 55

```
 1                    W. Singhose, Ph.D.
 2      fuel valve, which is on the next page,
 3      starting on page 29 in your declaration --
 4      in paragraph 62, you also refer to reviewing
 5      the prosecution history.
 6                    You did that for this term as
 7      well, right?
 8           A.      Yes.
 9           Q.      Okay.
10                    And to the extent that you saw
11      anything relevant in the file history, you
12      would have mentioned it in your declaration,
13      right?
14           A.      Yes.  If by relevant, you mean
15      I need to support my opinion with it, I
16      would have cited to it directly.
17           Q.      If you saw anything that
18      contradicted your opinion, would you cite
19      it?
20           A.      I may very well have.
21      Sometimes there appears to be material in
22      these prosecution histories that are
23      contradictory to my opinion.  But when you
24      look at the full scope or the full
25      disclosure, the full context, you see it's
```

```
                                         Page 56
 1                    W.  Singhose,  Ph.D.
 2       actually  not  contradictory.   So  oftentimes
 3       I've  put  forth  in  my  report  something  that
 4       appears  to  be  contradictory  and  then  I
 5       explain  why  it's  not.
 6            Q.      And  so  to  the  extent  that  there
 7       was  something  that  appeared  to  be
 8       contradictory,  you  would  have  considered
 9       that  to  be  relevant  and  included  it  in  your
10       report,  right?
11            A.      Yes.
12            Q.      Okay.
13                    And  you  didn't  do  that  here,
14       right,  for  this  term?
15            A.      For  this  term,  I  did  not.
16            Q.      I  notice  that  you  included  this
17       picture  twice  in  your  declaration,  or
18       pictures.   And  I'll  just  look  at  paragraph
19       63,  there's  some  pictures  of  some  --  I  think
20       you  refer  to  them  as  valves.   And  then  you
21       also  refer  to  that  in  paragraph  55.   And,  I
22       guess,  why  don't  we  look  at  --  just  looking
23       at  this  picture,  I  mean,  it  looks  like
24       you're  --  in  your  declaration  you're  saying
25       that  these  are  examples  of  operating  means
```

Page 57

```
 1                    W. Singhose, Ph.D.
 2     or mechanical fuel valves that you describe
 3     in paragraph 63.
 4                    Is that right?
 5                    MS. HOEKEL:  Object to the
 6          form.
 7          A.        Yeah, I can't answer the
 8     question because it wasn't set up correctly.
 9                    These are not the same figures,
10     so there's some figures that are associated
11     at the end of paragraph 55 and those are not
12     the same.  They are similar, some of them
13     are the same, but it's not the same picture
14     at the end of 63.  The key to think --
15     notice there's an additional valve at the
16     end of 55, which is not included in the
17     pictures after 63.
18          Q.        I see.  All right.
19                    So -- well, let's look at the
20     pictures at the bottom of 30.  If you think
21     there's a difference and you want to refer
22     to 55, that's up to you.  But I just want to
23     ask you a couple questions about this.
24                    MS. HOEKEL:  Eric, you've been
25          conflating paragraph and page, and so I
```

```
                                             Page 58
 1                    W. Singhose, Ph.D.
 2          just want to make sure the record is
 3          clear.  You're talking about paragraph
 4          63?
 5                    MR. HUANG:  Paragraph 63,
 6          bottom of page 30.
 7                    MS. HOEKEL:  Thank you.
 8                    MR. HUANG:  Only because I
 9          think for the purposes of making it
10          quicker on the Exhibit Share, he can
11          only -- he's flipping back and forth,
12          so -- and since he doesn't have -- he
13          may be looking at his hard copy, so
14          either way, but it's paragraph 63, page
15          30.
16   BY MR. HUANG:
17          Q.      So what is shown at the bottom
18      are basically pictures of three valves --
19      right? -- with handles.  Is that right?
20          A.      Yeah, well, I don't think these
21      would all necessarily be called handles.
22      That's why I'm putting them there as they're
23      examples of operating means.  One is a
24      twisting valve.  They have different shapes.
25      Sometimes you can have these valves where
```

```
                                        Page 59
 1                  W. Singhose, Ph.D.
 2    you just push a button.  That's basically
 3    what I'm indicating here, is there's a
 4    variety of ways for an operator to manually
 5    change the state of a valve.
 6         Q.       So are you saying that you have
 7    a very specific understanding of what a
 8    handle is as opposed to some other
 9    description for what's shown here in the
10    figures?
11                  MS. HOEKEL:  Object to form.
12         A.       No, I'm saying I don't have a
13    specific description what a handle is. I'm
14    showing there's a bunch of variety of things
15    that could be considered handles.
16         Q.       I see.  All right.
17                  So are all things shown at the
18    bottom of figure -- of page 30 in paragraph
19    63, do each of those show handles?
20         A.       I don't think so.  I think the
21    yellow ones, a personal of ordinary skill in
22    the art would look and say that's a knob.
23         Q.       When you say the yellow one, so
24    let's just refer to it as first, second, and
25    third if that's all right?
```

Page 60

1                    W. Singhose, Ph.D.

2          A.        The system on the right -- the

3    valve system on the right has what I would

4    consider knobs to twist.

5          Q.        Those are knobs not handles.

6    And why do you consider -- why is a knob

7    different from a handle?

8          A.        Well, I'm thinking of the

9    motion associated with it, like a doorknob,

10   you don't usually call it a door handle

11   unless it's a lever arm.  But sort of the

12   round things that we grip with our hand and

13   we twist, those would normally be considered

14   knobs.  And that's how these yellow ones

15   would be used.  Now the red one looks more

16   like a handle in that it sticks off to one

17   side --

18         Q.        Which one is that?

19         A.        The one in the middle --

20         Q.        Okay.

21         A.        -- looks like a handle because

22   it's basically sticking off to one side and

23   a person would grab that and operate that

24   differently.

25                   So that's what I'm showing here

Page 61

                    W. Singhose, Ph.D.

1

2    is there's a variety of ways a person could

3    actuate these, and some of them would be

4    called knobs, and some would be called

5    handles.  And you could call -- the first

6    one -- the one on the right could be called

7    a wheel.

8        Q.      The first one on the left, you

9    call that a wheel, not a handle?

10       A.      Yeah, well if it's a really big

11   valve like that, like you see, for example,

12   at oil refineries, you have to actually grab

13   it like a steering wheel, and so people

14   aren't really going to call that a handle.

15   It's going to be a wheel that you turn with

16   both hands like you're driving a car.

17       Q.      Yeah.  All right.

18               Well, let me ask you this.  So

19   the means shown on the left, all right, what

20   you call the wheel --

21       A.      Yes.

22       Q.      Is that something a user would

23   interact with?

24       A.      Generally, yes.

25       Q.      Okay.

```
                                        Page 62
 1                  W. Singhose, Ph.D.
 2                  And is that something that a
 3      user would interact with with their hands?
 4           A.      Yes.
 5           Q.      Okay.
 6                  And then the one in the middle,
 7      is that something that a user would interact
 8      with that meets?
 9           A.      Yes.
10           Q.      And would they use their hands
11      or one hand?
12           A.      Yeah.  They'd probably use,
13      like, you know, the thumb and forefinger for
14      something that small.
15           Q.      Okay.  All right.  But that
16      would still be part of the hand, right?
17           A.      Yes.
18           Q.      Okay.
19                  And then the one on the right,
20      what you call the knob, would each of those
21      knobs be interacted with by a user using
22      their hands?
23           A.      Yeah, I think this particular
24      picture that I got, I think that would
25      generally be -- a person's hand would be
```

Page 63

1                         W. Singhose, Ph.D.

2      used to twist that.  Sometimes there's tools

3      that you put over the top of these because

4      they're very hard to turn.  Like, if you go

5      outside and tried to turn your water off,

6      you're going to see a structure like this

7      and you won't be able to turn it.

8          Q.      But you would --

9          A.      You'll have to put it over the

10     top of it to amplify your force, and then

11     you could turn it.

12         Q.      All right.

13                 But you could still be turning

14     it with your hands, just using a tool in

15     that instance?

16         A.      Yeah, I think you would

17     basically use two hands.  Again, it's

18     usually a large T-structure.

19         Q.      And just to confirm, the

20     purpose of these means, whether you call

21     them handles or knobs, is for a user to

22     basically actuate or move the valve from one

23     position to another.

24                 Is that right?

25         A.      Yes.

Page 64

                    W. Singhose, Ph.D.

1                    MR. HUANG:  Okay.  Great.  All

2        right.

3

4                    Thank you.

5                    Why don't we take a break here?

6        We've been going a little over an hour.

7        Is that all right?  Just, like, maybe

8        five, ten minutes?  I just need a quick

9        break.

10                    Let's go off the record.

11                    (Time noted: 11:11 a.m.)

12                    (Recess taken)

13                    (Time noted: 11:22 a.m.)

14   BY MR. HUANG:

15        Q.      Dr. Singhose, did you have any

16   conversations with counsel during the break

17   about the substance of your testimony so

18   far?

19        A.      No, I did not, but I did get

20   the delivery from FedEx of the materials

21   that they sent.

22        Q.      Okay.

23                    Well, feel free to refer to

24   things in hard copy.  Just let us know that

25   you're doing it, so ...

```
                                               Page 65

 1                      W.  Singhose,  Ph.D.

 2         A.        Okay.

 3         Q.        Dr.  Singhose,  I  wanted  to

 4    direct  your  attention  to  the  part  of  your

 5    report  starting  at  paragraph  76  that

 6    addresses  the  coupling  terms,  or  couple.

 7         A.        Okay.

 8         Q.        So  first  off,  I  notice  in

 9    reading  through  --  and  I'll  point

10    specifically  to  --  well,  let  me  just  look

11    at  --  start  with  paragraph  78,  you  state:

12    Champion's  position  is  that  the  term  need

13    not  be  construed.

14                   And  I  just  wanted  to  ask,  is

15    that  your  position  as  well?

16         A.        Yes.

17         Q.        Okay.  All  right.

18                   So  --  but  then  it  goes  on  and

19    says,  in  this  paragraph,  that  you  say

20    that  --  and  I'll  just  read  the  whole  entire

21    paragraph  so  we  have  it  in  the  record:

22    Champion's  position  is  that  this  term  does

23    not  need  to  be  construed  because  the  term

24    should  be  accorded  it's  plain  and  ordinary

25    meaning  consistent  with  and  understood  in
```

Page 66

                        W. Singhose, Ph.D.
1
2    light of the specification and claim
3    language, which includes two or more
4    components directly or indirectly
5    interacting with each other.  For example,
6    physically, electrically, and/or fluidly.
7                    So let me first ask, when you
8    say plain and ordinary meaning, is it your
9    understanding that the portion after the
10   word "includes" is the plain and ordinary
11   meaning?
12        A.        When I use something like that,
13   I mean to give a specific example of the
14   plain and ordinary meaning.  So it includes
15   that description, but generally it could
16   also include somewhat more expansive
17   definitions, if that makes sense.
18        Q.        Actually, it doesn't to me.
19                    So what other expansive
20   definitions do you think are you included
21   within the plain and ordinary meaning?
22        A.        Well, I think I'd have to see
23   how it's used, and then I could answer your
24   question.  Like, if you give me an example I
25   could say, yeah, that's coupling or that's

Page 67

                         W.  Singhose, Ph.D.
1    not coupling.  It's a pretty big term --
2    right? -- that has a range of usage.  But
3    it's at least two or more components
4    directly or indirectly interacting with each
5    other.
6
7                   But if you gave me another
8    usage of it, I could tell you really
9    quickly, yes, that's coupling or that's not
10   coupling, and it may be slightly different
11   or expansive might be expansive than what
12   I've just indicated there.
13        Q.       What do you mean by indirectly
14   interacting?
15        A.        Indirectly interacting would
16   mean that there would be some sort of
17   structure between the two components or
18   perhaps a force field between the two
19   components.  And that would be sort of, you
20   know, contrary to directly, which would mean
21   basically they're touching or they're very,
22   very close to each other.
23                   So often we have structures
24   that are coupled through some sort of
25   linkages, like a four-bar linkage or a chain

```
                                              Page 68
 1                    W.  Singhose,  Ph.D.
 2      drive  system  or  something  like  that.   That
 3      would  still  be  coupled,  but  I  don't  think
 4      they  would  be  directly  interacting.   There
 5      would  be  some  intervening  structures  or
 6      forces.
 7           Q.       When  you  say  intervening
 8      structures  or  forces,  you're  talking  about,
 9      and  in  particular  when  we  talk  about  forces,
10      something  that  will  translate  the  force  from
11      one  part  that's  coupled  to  another  part;  is
12      that  right?   Is  that  what  you're  referring
13      to  when  you  give  an  example?
14           A.       Yes,  basically  that's  what  I'm
15      indicating,  is  that  when  you  move  one  of
16      these  components,  the  other  one  has  to  feel
17      it,  or  respond  to  it,  or  interact  with  it.
18      And  just  thinking  about  Newton's  Laws  of
19      Motion,  there  has  to  be  some  kind  of  forces
20      that  get  propagated  through  the  system  and
21      move  the  second  component.
22           Q.       Okay.
23                    So  in  that  example,  when  we
24      talk  about  forces,  you're  --  when  it's
25      indirectly  interacting,  those  forces  are
```

Page 69

                    W. Singhose, Ph.D.

1    still being translated through a physical

2

3    touch.

4                    Right?

5        A.        Well, sometimes they are

6    physically touching.  But in these kinds of

7    components we have here, we also have

8    magnetic forces.  Like, for example in the

9    solenoids.  So I'm just putting out there

10   that this interaction doesn't have to be

11   physical.  It could be electrical, or

12   magnetic, or fluid.

13       Q.        So based on your -- your read

14   of the word coupling, this plain and

15   ordinary meaning, your basic -- is it my

16   understanding that you think it could mean

17   anything that's interacting at all?

18                    MS. HOEKEL:  Object to the

19       form.

20       A.        I wouldn't go that far.  I can

21   think of examples sort of a bit far afield

22   where there would be some interaction with

23   things, but we wouldn't consider it to be

24   coupled.  It would be, like, incidental.

25   For example, you know, some action by the

```
                                         Page 70
 1                    W. Singhose, Ph.D.
 2      government could trigger inflation or
 3      something like that.  I don't think that we
 4      would read that as coupling, although there
 5      would be some -- some very distant
 6      interaction between those two effects.
 7           Q.      Now, let's take a look at
 8      paragraph 80.
 9                    You make a point in paragraph
10      80 about the words attached and coupled as
11      used in the patents and claims.
12                    Do you see that?
13           A.      Yes.
14           Q.      Okay.
15                    Is this a technical opinion of
16      yours in paragraph 80?
17           A.      Yes.  Well, it's technical, but
18      I also, you know, tie it to my legal
19      understanding, which is that if a patentee
20      uses different words, we should generally
21      try to attribute different meanings to them.
22      But it's largely a technical assessment.
23           Q.      What makes this a technical
24      assessment?
25           A.      Well, my understanding of what
```

                                                    Page 71

                        W. Singhose, Ph.D.
 1
 2      attach means, right?  If I'm looking at this
 3      subject matter and I'm a person of ordinary
 4      skill in the art and I see a description
 5      where the carburetor is attached to the
 6      engine intake, then I'm naturally going to
 7      think there's a direct connection there.
 8                   If I see coupled, then I think
 9      there's a different view of that, which
10      there may be this indirect interaction that
11      we were talking about more at a distance.
12                   So it's a technical assessment
13      of what attached means in this context of
14      these patents.
15           Q.      Now, you say in this
16      sentence -- you actually give an opinion as
17      to what a person of ordinary skill in the
18      art would know and that's -- it states,
19      "given that the patentee used attached
20      rather than coupled in both the claims and
21      specification, a POSITA would know that the
22      patentee did not understand the words to be
23      synonymous and interchangeable."
24                   Is that specific sentence based
25      on your sort of understanding of the legal

```
                                            Page 72
 1                    W. Singhose, Ph.D.
 2     distinction of using different words in a
 3     patent if it's describing --
 4               (Cross-talk)
 5         A.       Sure.  Part of that comes from
 6     my understanding of the legal standards that
 7     we have here.  But I'm actually just
 8     speaking to a general audience.  I think if
 9     they read a sentence, a general audience
10     being a general audience of people being
11     ordinary skill, and I read them a sentence
12     that was describing technology, and one part
13     of the sentence used attached and another
14     part of the sentence used coupled, I think
15     they would naturally think those were -- had
16     some different meanings.
17         Q.       Would it surprise you if --
18     well, actually, let me withdraw that.
19               Now, you then go on to say:
20     Forcing such an equivalence into the claimed
21     invention of the patentee is inappropriate.
22               I see that sentence.  What did
23     you mean by that?
24         A.       Well, I think if we have to use
25     this construction where we swap out couple
```

Page 73

1                    W. Singhose, Ph.D.

2       for attach, I think that's inappropriate.  I

3       think that there's no reason to do it, and I

4       think that we would be changing the meaning

5       of the claimed invention.

6            Q.      So you believe it's

7       inappropriate?

8            A.      Yes.

9            Q.      Okay.

10                   So let's talk a little bit

11      about paragraph 82.  Now, in 82, you -- you,

12      again, are addressing this substituting of

13      the words.  Right?  And you gave an example

14      in here where you say, "for example,

15      consider the teaching figure three further

16      shows LPG supply hose 36 coupling second

17      fuel source 30 to generator 20 to deliver

18      LPG to run the generator."

19                   Do you see that?

20           A.      Yes.

21           Q.      Did I read that correctly?

22           A.      Yes.

23           Q.      Okay.

24                   Now, you go on and you say:

25      The word coupled as used here does not

Page 74

```
 1                  W. Singhose, Ph.D.
 2      indicate a physical attachment, rather
 3      indicates an arrangement for preventing and
 4      permitting fuel flow.
 5                  What is your basis for that
 6      statement?
 7          A.      Well, my basis is that what's
 8      being coupled is the LPG supply and the
 9      generator.  And those aren't directly
10      touching each other.  They are coupled
11      together via the supply hose.  So that's
12      what I'm making the distinction here, these
13      are not two things that have to be, like,
14      bolted or touching together, but they do
15      couple to each other through the supply
16      hose.  That's why I think the patentee used
17      the term coupling there rather than
18      attaching.
19          Q.      I see.  So you think that's
20      different?
21          A.      Yes.
22          Q.      But you would agree in that
23      example that the hose is coupled to the
24      second fuel source, or attached?
25          A.      Yeah, I think the hose is
```

```
                                        Page 75
 1                    W. Singhose, Ph.D.
 2     attached to a fuel source on one side and a
 3     generator on the other.
 4          Q.      Right.
 5                  And you would agree that the
 6     hose is coupled to the fuel source in that
 7     situation?
 8          A.      Yes.
 9          Q.      And you would also agree that
10     the hose would be coupled to the generator
11     in that situation?
12          A.      That's correct.
13          Q.      And then what you're saying, I
14     think, is that the fuel source is coupled to
15     the generator through the hose because
16     they're all attached to each other?
17          A.      Yeah, via the hose.  That's how
18     the coupling occurs.
19          Q.      Okay.
20                  Now, would it be incorrect to
21     say that the fuel source is attached to the
22     generator?
23                  MS. HOEKEL:  Object to the
24          form.
25          A.      I'm not sure that would be
```

```
                                        Page 76
 1                    W. Singhose, Ph.D.
 2      incorrect.  I think it just, you know,
 3      wouldn't have the same flavor of meaning as
 4      coupled.
 5           Q.       Okay.
 6           A.        I think people would think that
 7      it's a really short hose, or they're right
 8      next to each other, or something like that.
 9      It would narrow, I think, the description of
10      the invention.
11           Q.        And so would it be incorrect if
12      I said that the -- in this example, the
13      supply hose -- not supply hose -- that the
14      fuel source is connected to the generator?
15           A.        You know, I haven't considered
16      that, that particular sentence to this
17      point.  I have to think about it and maybe
18      review the patent to see if there was other
19      uses of connected in there that would
20      influence my decision.
21           Q.        You understand what the word
22      connected means, right?
23           A.        Yes, I do in a very general
24      sense.
25           Q.        And you have an understanding
```

Page 77

```
 1                    W.  Singhose,  Ph.D.
 2     of what you think the plain and ordinary
 3     meaning of coupled is, right?
 4          A.        Yes.
 5          Q.        Okay.
 6                    But you're saying you can't
 7     tell me here whether or not the fuel source
 8     is connected to the generator in that
 9     example?
10                    MS. HOEKEL:  Object to form.
11          A.        Yes, you're asking for my
12     technical opinion here, and I'm telling you
13     I didn't do that analysis because it wasn't
14     at issue here, and I would want to review
15     the patent to see if the patent used is
16     connected in sort of a specific way that
17     contradicted the example that you just gave
18     me.
19          Q.        Sitting here today, you're not
20     aware of a contradictory use of the word
21     connected.
22                    Right?
23          A.        No, I'm not.
24          Q.        Okay.
25                    And you read this patent
```

Page 78

1              W. Singhose, Ph.D.
2    carefully obviously if you've been -- for
3    this case as well as the Furman case, right?
4         A.      Yes, I have.  By this patent
5    though, which -- maybe I should clarify
6    which one are you talking about?  I read
7    them all carefully, but I'm not sure which
8    one "this" refers to.
9         Q.      Oh, I apologize.  We were -- we
10   were looking -- actually, that's a fair
11   point.  Let me just make sure.  I was
12   talking about the '780 patent, but I guess
13   that if you're saying that you reviewed them
14   all carefully, that would include the '780
15   patent, right?
16        A.      That's correct.
17        Q.      And you did that in this case
18   as well as in the prior case that you had
19   provided testimony in, right?
20        A.      Yes.
21        Q.      Did you provide an opinion on
22   the word connected or coupled?
23        A.      I provided an opinion on
24   coupled.  I'm not sure about connected.
25   That was quite a few months ago.

```
                                          Page 79
 1                    W.  Singhose,  Ph.D.
 2        Q.        Just  for  the  record,  when  it
 3   refers  to  LPG  supply  hose  36,  what  is  your
 4   understanding  of  what  that  is?
 5        A.        Well,  if  we  go  to  the  '780
 6   patent  and  we  look  at  figure  one,  it's
 7   actually  labeled  on  that  figure,  and  it's  a
 8   hose  that  goes  from  an  LPG  storage  tank  to
 9   the  generator.
10        Q.        And  when  we're  talking  about  a
11   hose,  I  guess,  could  you  just  explain  what  a
12   hose  is  for  those  who  are  --  are  we  talking
13   about  a  garden  hose?
14        A.        It  would  be  something  like  a
15   garden  hose,  yeah,  in  the  sense  that  it's  a
16   flexible  material  with  a  hole  down  the
17   middle  of  it,  and  then  at  either  end  it's
18   got  connectors  that  allow  it  to  be  connected
19   or  removed  from  the  devices,  and  basically
20   connected  in  an  airtight  or  watertight
21   connection,  a  sealable  connection.
22        Q.        Do  you  use  hoses?
23        A.        Yes.
24        Q.        You  use  garden  hoses,  I'm
25   assuming?
```

```
                                              Page 80

 1                      W. Singhose, Ph.D.

 2          A.       Yes.

 3          Q.       And so -- and I'm just making a

 4     big assumption here, but I'm assuming you

 5     live in a house, and have a lawn, and

 6     that -- and you, and will sometimes water

 7     the lawn with the sprinkler.  Is that fair

 8     to assume?

 9          A.       Yes.  That is very fair.

10     Right.

11          Q.       So you'll connect a sprinkler

12     to a hose on one end and then you would

13     connect the hose to a spigot onto your house

14     on the other end, right?

15          A.       Yes.

16          Q.       Okay.

17                   Would you consider the

18     sprinkler connected to your house water

19     supply in that situation?

20          A.       Yeah, I think in that situation

21     I would just tell my boys, hey, go connect

22     the hose to the spigot and let's turn this

23     on.  I think it would be comfortable using

24     connect in that sense.

25          Q.       Okay.  All right.
```

Page 81

1                    W. Singhose, Ph.D.
2                    I'd like to turn your attention
3       back to the '145 patent.  So if you take a
4       look at claim 14 --
5            A.      Let me, please, get back.  That
6       was Exhibit 3?
7            Q.      Yes, sir, I am sorry.  Exhibit
8       3.
9            A.      Okay.  I've now got that
10      reopened.
11           Q.      So if you could turn to the
12      last page -- or second-to-last page and look
13      at claim 14.
14           A.      Okay.
15           Q.      Are you there?
16           A.      Yes.
17           Q.      Okay.
18                   One of the terms on which
19      you've opined is the term rotating
20      mechanical valve, which appears in claim 14,
21      and I wanted to start there because I want
22      to make sure you have that and the ability
23      to look in the context too as you -- as
24      we -- as I ask you questions.  But in your
25      report, you address this on page 41 of

```
                                          Page 82

 1                      W. Singhose, Ph.D.
 2      Exhibit 2, starting at paragraph 96.
 3                      Why don't we go there?
 4           A.        Okay.
 5           Q.        I may be hopping back and forth
 6      to the patent, so we'll see.  So first off,
 7      I want to turn to paragraph 99.
 8           A.        Okay.
 9           Q.        You have an example here of a
10      common water spigot.
11                      Do you see that?
12           A.        Yes, I do.
13           Q.        Okay.
14                      And then you have some images
15      that are shown on page 42.
16                      First off, did you create those
17      images yourself or have them created for
18      your report?
19           A.        Well, I did create those
20      images.  I did copy the background images
21      from a site that sells water spigots, but
22      then I added the rotation, and the arrows,
23      and the linear motion of the arrows, that
24      kind of thing.
25           Q.        Okay.  Thank you.
```

Page 83

```
 1                    W. Singhose, Ph.D.
 2                    And this spigot is -- you
 3     called it a common water spigot.  And when
 4     you say common, you're referring to the fact
 5     it might be used at a house, or at a
 6     business to get water, right?
 7          A.     Yes.
 8          Q.     Okay.
 9                    So you could turn it on and off
10     like the garden hose example we talked about
11     earlier?
12          A.     Yes.
13          Q.     Okay.
14                    So if you look at paragraph
15     102, you mentioned here:  The portions of
16     asserted patents that I may use to support
17     these conclusions include -- and you cite
18     some passages from the '145 patent.
19                    Do you see that?
20          A.     Yes, I do see that.
21          Q.     Okay.
22                    And is it fair to say you
23     reviewed the entire intrinsic record, and if
24     you found anything relevant, you would have
25     cited it here?
```

Page 84

                          W. Singhose, Ph.D.

 1
 2                        MS. HOEKEL:  Object to the
 3        form.
 4        A.        Well, I'm not sure I would have
 5   cited everything that I found relevant here.
 6   I'm giving you examples of passages that I
 7   think are relevant.  There may be others.
 8   There wasn't an exhaustive list.
 9        Q.        Okay.
10                  So you didn't see this
11   paragraph as a place to put what you would
12   rely on -- everything you would rely on for
13   your opinions?
14        A.        Yeah, as you know there's a lot
15   of patents here and a lot of information, so
16   I tried to present what I would think is a
17   representative sample of that.  But this is
18   not meant to be every single thing that I
19   could point to the support my opinion.
20        Q.        Now, setting aside the fact
21   that there are multiple patents, you
22   understand -- you understand that some of
23   the patents share common specifications,
24   right?
25        A.        Yes, I do.

Page 85

```
 1                    W. Singhose, Ph.D.
 2        Q.       Okay.
 3                 Is that what you're referring
 4     to, that you could have pointed to other
 5     things in other patent specifications that
 6     are in a common specification?
 7                    MS. HOEKEL:  Object to the
 8         form.
 9        A.       That's certainly one of the
10     things I'm pointing to here.  I mean, if we
11     go to the '145 patent, and we look at
12     those -- as you know, if we look at those
13     columns and lines, they're going to appear
14     in the other patents as well.  They won't
15     have exactly the same column and line
16     numbers sometimes.  That's what I'm
17     clarifying for you here.  There's multiple
18     places where this information would show up.
19        Q.       Okay.
20                 So is there any -- to the
21     extent that you were aware of other
22     non-duplicative information to what's in
23     these lines within any of the intrinsic
24     evidence, you would have included it here if
25     it was relevant, right?
```

Page 86

                           W. Singhose, Ph.D.

1
2        A.        I'm not sure that I would have.
3    Again, my goal wasn't to give an exhaustive
4    list and to provide every single aspect.
5    I'm basically just trying to be helpful in
6    here, and so here are representative
7    statements in the intrinsic record that I
8    think are relevant to this point.  But
9    there's no way I could list every single
10   thing in this paragraph.
11       Q.        Okay.
12                 So are you saying that you
13   intentionally did not include everything you
14   would rely on to support your opinions if
15   you were called to testify in court on this?
16                 MS. HOEKEL:  Object to the
17        form.
18       A.        No, because I've made it clear
19   in other parts of the report that I reviewed
20   everything.  I reviewed all of the asserted
21   patents and their prosecution histories.  So
22   I put that into the record, that all of that
23   can be used to support my opinions.  I'm
24   just helping direct the conversation here
25   that here is an example of material that is

Page 87

```
 1                    W. Singhose, Ph.D.
 2     on point to my opinion on this matter.
 3          Q.        Okay.
 4                    And so if there was anything
 5     else on point, you would have mentioned it
 6     in this -- in this declaration.
 7                    Is that fair to say?
 8                    MS. HOEKEL:  Object to the
 9          form.
10          A.        No --
11          Q.        That's non-duplicative?
12          A.        No.  Again, just to be clear,
13     this isn't intended to be a complete list.
14     It's meant to be a representative list.
15     That's why I point out I may use these to
16     support my conclusions.  That's how I
17     introduce these.
18          Q.        Is this meant to be a complete
19     list of the opinions you would give?
20          A.        This report is intended to be a
21     complete list of my opinions that I would
22     give.  We're now just talking about the
23     basis of my opinions, which is all of the
24     intrinsic material.  But I'm trying to
25     direct us to a subset that I think would be
```

```
                                    Page 88
 1                    W. Singhose, Ph.D.
 2      relevant in case we wanted to discuss it.
 3           Q.      All right.
 4                   And, I guess, the question I
 5      asked earlier, and I just want to make sure
 6      you understood what I was asking, is whether
 7      or not there was anything else
 8      non-duplicative that you would rely on that
 9      you would have included here but did not?
10           A.      There might very well be
11      additional material that I would rely on if
12      asked about and that led to my conclusions
13      on this matter.  I'm just saying this is not
14      an exhaustive list.  This is a
15      representative list.
16           Q.      Okay.  All right.
17                   So let's take a look at what
18      you have cited here.  And let me just make
19      sure -- let me ask you this:  Is there
20      anything else you want to add to what's
21      here?
22           A.      I mean, at this point, I
23      wouldn't know.  If we go through this, I
24      might say that's another good point.  Let's
25      add that.
```

Page 89

                        W. Singhose, Ph.D.

1
2          Q.        Okay.  All right.
3                    Let me also ask you this:  You
4      know, we talked about some other portions of
5      your report -- I'm going to get back to this
6      paragraph in a second -- but we were looking
7      at, for example, the section on valve
8      assembly that starts at paragraph 49,
9      through paragraph 58.  And so that starts on
10     page 25 through 29.
11                    All right.  Now, we've gone
12     through some of this.  I know you -- you
13     covered a lot.  You do mention that you base
14     your review in paragraph 52, which we looked
15     at, on the asserted patents, asserted
16     claims, and prosecution history, and
17     consistent with your general knowledge and
18     experience in the industry.
19                    Right?
20                    My question is:  Does the same
21     statement you made just now about how it's
22     only exemplary apply to the material you
23     identified in this section?
24          A.        No, I think that's the more
25     general.  That's the more all inclusive

Page 90

1                    W. Singhose, Ph.D.

2       list.  It may be not stated perfectly

3       correct because it should probably say the

4       prosecution histories or more generally just

5       intrinsic evidence, and then my general

6       knowledge.  Yeah, that -- I think that

7       captures the full set of material that I

8       used to form my opinions.

9            Q.       And to the extent that there

10      was anything else that you -- I guess I'm

11      trying to get -- what I'm getting to is, you

12      know, there isn't really a lot of

13      citation -- I don't think any citation -- to

14      a spec in this section of your report.

15                   And I guess my question for you

16      is:  Is there any other part of the spec

17      specifically that you felt was on point that

18      you would cite to, or any part of the

19      intrinsic evidence, to support your opinion,

20      and if so, would you have included it here?

21                   MS. HOEKEL:  Object to the

22           form.

23           A.       Well, I guess I felt, you know,

24      the substance of the question isn't quite

25      right because I did cite to some of the --

Page 91

1                    W. Singhose, Ph.D.
2    some of the '101 patent in here.  But for
3    the most part, my opinion here is that the
4    valve assembly terminology is well known,
5    and so I don't need to point to the
6    specification to back that up.  I need to
7    point to other material, which I did.
8        Q.       Okay.  Great.  No.  Thank you.
9                    I'm just trying to understand
10   the scope of what you've got here, so ...
11                   And is the same statement
12   about, you know, material you're citing
13   being exemplary, does that also apply to
14   what you discussed with respect to
15   mechanical fuel valve?
16                   MS. HOEKEL:  Object to the
17       form.
18       Q.       And specifically, if you look
19   at paragraph 65, there's some -- including
20   the rest of the section, but paragraph 65
21   looks like where you collected and
22   identified a number of passages from
23   patents.
24       A.       Yes, that's correct.  Here, I
25   have identified sections of various patents

Page 92

1                    W. Singhose, Ph.D.
2    that I think would help support my opinion
3    on this matter, but again, this is not meant
4    to be exhaustive list, rather a
5    representative list.
6        Q.        But in other words, there are
7    things that you may have relied on that you
8    didn't cite?
9                    MS. HOEKEL:  Object to the
10       form.
11       A.        Yeah, I relied on all of the
12   intrinsic evidence certainly and so I didn't
13   cite to all of it here.  Earlier in my
14   report, I did make it clear that I'm using
15   all the intrinsic evidence.
16       Q.        Okay.  All right.
17                    So to the extent there was
18   something that was on point, one way or the
19   other, you would have at least brought it up
20   in this report, but you're saying -- I mean,
21   is that fair at least?
22       A.        No.  I'm saying that these are
23   representative lists.  As we go through the
24   entire intrinsic record, which I've made
25   clear I've used, there may be other things

Page 93

                                    W. Singhose, Ph.D.

1
2     that are on point.  I did not attempt to
3     write down every single piece of evidence in
4     the intrinsic record that led to my opinion.
5          Q.        So sitting here today, are
6     there things that are unique and
7     non-duplicative that would have been on
8     point that you know you did not include
9     within your report?
10         A.        No, I included them all in the
11    report when I said that I used the intrinsic
12    evidence.  If you're talking about just
13    paragraph 65, then I'll answer the question
14    a little bit different by saying I think I
15    pointed to a lot of stuff, lot of material
16    here that supports my opinion.  But I did
17    not attempt to write down every single thing
18    in the intrinsic record that supports my
19    opinion on this issue.
20         Q.        Okay.
21                   Was there anything you ignored
22    because it didn't support your opinion?
23         A.        No.
24         Q.        All right.
25                   So let's go back to the '145

Page 94

W. Singhose, Ph.D.

1              W. Singhose, Ph.D.
2    patent, which is Exhibit 3.
3         A.     Okay.
4         Q.     And we were talking about this
5    term rotating mechanical valve.
6              And I'd like to turn your
7    attention to paragraph -- column 14.
8    There's a paragraph here that starts at line
9    six and goes on to line 23 that I believe is
10   a part of what you have identified in your
11   report as some of the portions of the
12   patents that you would use to support your
13   opinion.  And you could check paragraph 102
14   if you want to confirm that.
15             But my question for you is:
16   This paragraph addresses a rotating valve,
17   right?
18        A.     Yes, it does.
19        Q.     And again, this paragraph
20   addresses the rotating mechanical valve that
21   is claimed in claim 14, right?
22        A.     I think it describes an
23   embodiment of what is claimed there.
24        Q.     Now, this passage talks about
25   the manual fuel shutoff, 110, right?

```
                                           Page 95
 1                      W.  Singhose,  Ph.D.
 2          A.        Yes.
 3          Q.        All  right.
 4                    And  it  actually  --  that  is
 5      actually  discussed  further  up  starting
 6      around  column  13,  line  34,  where  they  start
 7      talking  about  that  piece  with  respect  to
 8      figure  six  of  the  '145  patent,  right?
 9          A.        Let  me  jump  over  there  for  a
10      second.
11          Q.        Column  13,  line  34.
12          A.        Yes,  I'm  over  there.   I  see  it,
13      yes.   It's  referring  back  to  figure  six.
14          Q.        Okay.
15                    Now,  in  that  passage,  you  cite
16      the  last  sentence  states,  "Manual  fuel
17      shutoff  110  actuates  in  a  rotated  motion
18      free  from  linear  motion  in  part  to  ensure
19      fuel  will  not  leak  through  primary  O-ring
20      196  or  secondary  O-ring  198."
21                    Did  I  read  that  correctly?
22          A.        Yes.
23          Q.        Again,  that's  column  14,  at
24      line  18  through  20.
25                    And  when  it  says  actuates  in  a
```

                                                        Page 96

1                        W. Singhose, Ph.D.

2       rotated motion free from linear motion,

3       that's a reference to -- to the shutoff and

4       how, I think you used the word how it's used

5       or how -- how it's moved.

6                        Is that right?

7            A.        I'm sorry.  Could you repeat

8       the question?

9            Q.        When it says actuates in a

10      rotated motion free from linear motion, when

11      it says actuates, that's referring to how

12      that shutoff is used.

13                       Right?  Moved?

14           A.        Yes, that's referring to how it

15      moves.

16           Q.        Okay.

17                       And this manual field shutoff

18      is actually described in that embodiment --

19      right? -- and shown in figure six as 110,

20      which includes a number of pieces, including

21      a shaft 112 and some other items that are

22      identified in this passage that starts at

23      column 13, line 23.

24                       So my question for you is, the

25      words free from linear motion appear in this

Page 97

```
 1                    W. Singhose, Ph.D.
 2        sentence I read in column 14 at line 19.
 3                    Isn't that right?
 4        A.        Yes.
 5        Q.        Okay.
 6                    It then goes on and says,
 7        "Compared to a sliding valve, a rotating
 8        valve, such as manual fuel shutoff 110,
 9        reduces the likelihood that fuel will leak
10        from carburetor 62."
11                    Do you see that?
12        A.        Yes, I do.
13        Q.        And so that's saying that, hey,
14        this rotating valve is used because of this
15        benefit over a sliding valve.
16                    Right?
17        A.        Yes.
18        Q.        Now, when it says sliding
19        valve, do you know what it's referring to?
20        A.        I think that that's a general
21        class of valves where there is one part that
22        slides relative to another.  That's kind of
23        what we talked about, like, an hour ago,
24        about how surfaces slide over each other.
25        So it would be a linear motion, say going
```

Page 98

```
 1                      W. Singhose, Ph.D.
 2     left to right, as we talked about before
 3     with the selector switch.
 4          Q.      Okay.
 5                  This sentence, or this passage,
 6     the two sentences that we read together in
 7     column 14, starting at line 18, that is
 8     distinguishing what the rotating valve that
 9     they're describing here from the sliding
10     valve or that class of valves.
11                  Is that fair to say?
12          A.      Yes.  In this embodiment, it's
13     trying to describe a rotating structure
14     that's free of linear motion.
15          Q.      Right.
16                  And in fact, this is the only
17     embodiment that discusses a rotating
18     valve -- right? -- in this patent?
19          A.      That I'm not sure of without
20     searching for it, but I wouldn't be
21     surprised.  If you tell me that, I'll
22     believe you.
23          Q.      Okay.
24                  Well, I guess we could confirm
25     it later if necessary.  But sitting here
```

Page 99

```
 1                    W. Singhose, Ph.D.
 2      today, you are not aware of another
 3      embodiment that has a rotating valve?
 4           A.        Yeah, I didn't search for
 5      another one.
 6           Q.        Okay.  All right.
 7                    Now, actually, I wanted to
 8      know, is it your understanding that the
 9      valve, the rotating valve described in that
10      passage and also shown in figure six and
11      identified as item 110, actuates by the
12      shaft rotating in a way that -- well, first
13      somehow closes off or opens up the passage?
14                    MS. HOEKEL:  Object to the
15           form.
16           A.        Yes, that's what valves do.
17      They move to close or open passages.
18           Q.        All right.
19                    And in this specific valve
20      shown in this figure, that is one that
21      rotates by -- by using some sort of, like,
22      screwed mechanism that pushes something in
23      or pulls it out, right?
24           A.        Well, we have to go to figure
25      six and then find this.  So 110 is near the
```

Page 100

                        W. Singhose, Ph.D.

1
2    bottom of figure six.  So the information we
3    have on this is shown in figure six and it's
4    110 on the bottom, and it's described as a
5    rotating valve.  So it's at the rotation
6    of -- it actuates in a rotational direction,
7    it opens and closes a hole to let fluid come
8    through or stop the fluid from coming
9    through.
10        Q.     Are you still looking?
11        A.      No, I thought I answered the
12   question.
13        Q.      Sorry.  I thought you were
14   still looking.  Okay.
15               All right.  In any event,
16   what's shown in 110 is not sliding.
17               It's not a valve that slides,
18   right?
19        A.      No.  It's described as
20   rotating.
21        Q.      Okay.
22               When you have a valve that
23   slides, how does the -- how is the
24   opening -- you know, how is -- I guess, how
25   is it opened and closed?

```
                                        Page 101

 1                     W. Singhose, Ph.D.
 2          A.         Well, if you've got a sliding
 3      valve, there'll be linear motion, it'll go
 4      left to right if we were holding it in a
 5      horizontal plane.  And generally when it
 6      makes that motion, let's say, from left to
 7      right, it's going to plug a hole as it gets
 8      to the end of its sliding motion.  And that
 9      plugging of the hole will stop the flow.
10      And then when it goes back in the other
11      direction, it will open up the hole.
12          Q.         So is a needle valve an example
13      of a sliding valve?
14          A.         Yeah, there are needle valves
15      that are sliding valves.
16          Q.         And what makes a needle valve a
17      sliding valve?
18          A.         Well, when it slides, when it
19      makes a translational motion and that
20      translational motion either closes, covers
21      up, or opens up a hole.
22          Q.         Okay.
23                     Typically, like, when you have
24      a needle valve, assuming it's a mechanical
25      valve, I think that's what we're asking
```

```
 1                    W. Singhose, Ph.D.
 2    about here -- how does that needle valve get
 3    actuated to cause it to slide?
 4         A.        Well, just to be clear, a
 5    needle valve can be a mechanical valve that
 6    is, you know, mechanical motion pushes it.
 7    But you could also have an electromechanical
 8    needle valve that's actuated via a solenoid,
 9    for example.
10         Q.        But let me just ask about that.
11    I'd just like an answer to my question.
12                   So how does a needle valve get
13    actuated to cause it to slide?
14                   MS. HOEKEL:  Object to form.
15         A.        I can't answer your question
16    that way because it has a variety of ways
17    that it can be actuated.
18         Q.        Okay.
19                   And let's assume it's not an
20    electromechanical and not a solenoid.
21                   Can you give me examples of the
22    ways that a needle valve can be actuated?
23         A.        Sure.  There's some forces or
24    torques that are applied to one part of the
25    valve and those forces, or torques, cause
```

Page 103

1                        W. Singhose, Ph.D.

2        the needle to translate and cover up a

3        whole.

4             Q.        Okay.

5                        And when you say translate, it

6        will slide.  I was asking about sliding

7        valves -- needle valves as examples of

8        sliding valves.  The translation would be a

9        sliding to either plug a hole or cover up a

10       hole, right?

11            A.        Yes, that's what I've assumed

12       you're asking about, is the translating

13       sliding needle valves.

14            Q.        Okay.

15                       So in those sliding needle

16       valves, could you -- when you -- I guess --

17       can they be -- I'm assuming often a spring

18       is involved.

19                       Right?

20            A.        Yeah, it doesn't have to be.  I

21       mean, you could have it, you know -- you

22       could think of a case where you manually

23       have to push it, and then you manually have

24       to pull it.  But there are certainly ones

25       that if you stop pushing, it will bounce

Page 104

                        W.  Singhose,  Ph.D.
1
2     back by a spring.
3           Q.          Right.  So in other words,
4     something that could be kept open normally
5     and then you would push it and apply force
6     to keep it closed.  That's one option,
7     right?
8           A.          Yes.
9           Q.          And then you could have another
10    option where somehow you have it arranged so
11    that it stays closed, but then you have to
12    pull it to keep it open.
13          A.          That's correct.
14          Q.          Okay.  All right.
15                      But in those situations, you're
16    still talking about sliding a needle in and
17    out -- right? -- even if there's a spring
18    involved for those examples of sliding
19    needle valves?
20          A.          Yes, the needle needs to move
21    over the hole and then away from the hole.
22          Q.          Okay.  All right.
23                      And then -- okay.
24                      Let me -- are you familiar with
25    this challenge that's identified in the

Page 105

1                    W. Singhose, Ph.D.

2    patent at column 14 around line 19 where it

3    says, "to ensure fuel will not leak through

4    a primary O-ring 196 or secondary O-ring

5    198"?

6         A.       Can you give me the line

7    numbers again?  Sorry, I wasn't looking.

8         Q.       Column 14, starting at line 18.

9    There's a sentence that we read together, 18

10   through 20, and in that is a passage that

11   says, "to ensure fuel will not leak through

12   primary O-ring 196 and secondary O-ring 198?

13        A.       Yeah, so they're talking, you

14   know, about a very specific embodiment here

15   that has primary and secondary O-rings.  For

16   this sort of structure, this very kind of

17   specific structure, they are saying that

18   they want to have a pure rotational motion,

19   not linear motion.  But it's that challenge

20   that you said there is associated with the

21   very specific structure that has those two

22   O-rings.

23        Q.       Why is that a challenge?  I

24   mean, I guess, you know, I'm trying to

25   understand why rotating is better a sliding

Page 106

1                          W. Singhose, Ph.D.

2        valve in that situation?

3             A.        That would probably involve a

4        more detailed design analysis than I did.  I

5        essentially took the patent at its word and

6        looked at the figure -- it may take a little

7        while for me to understand why they think

8        that's a challenge.

9             Q.        So they thought it was a

10       challenge in saying that they would use a

11       rotating valve as opposed to a sliding

12       valve.  But you're saying you didn't really

13       look deeply into it?  You're not aware of

14       that as a common issue?

15            A.        Well, I'm aware of leakage as a

16       very common issue in valves, and so valves

17       can leaning in a variety of ways and

18       depending on the specific design, they each

19       have their challenges.

20                      And so when I read this, I

21       believed them that there was the possibility

22       of leaking here.  So I didn't need to

23       investigate it for my purposes.  I believed

24       them and I believed that they thought that a

25       rotating valve without linear motion was

Page 107

1                       W. Singhose, Ph.D.
2        best suited to the structure with primary
3        and secondary O-rings.
4              Q.       Okay.
5                       I want to go back in your
6        report to paragraph 99, those figures that
7        you created, those annotations that you
8        created to the images of the common water
9        spigot.
10                      That -- you would agree that is
11       not a sliding valve, right?
12             A.       No, I would not call it a
13       sliding valve.
14             Q.       Okay.
15                      I'd like to ask you a couple
16       questions -- well, before I get to that
17       part, let's see -- all right.
18                      So have you looked at
19       Dr. Shaver's declaration that was submitted
20       with his -- with the Harbor Freight claim
21       construction brief?
22             A.       Yes, I think looked at it is a
23       fair assessment.  I only got it, I think,
24       yesterday morning.  So I did look at it.
25       I --

Page 108

1                    W. Singhose, Ph.D.

2        Q.        Have you reviewed it carefully?

3        A.        I've reviewed it.  But I don't

4    think I reviewed it carefully.  I did not

5    have time to review it carefully.

6        Q.        Okay.  All right.

7                  Sitting here today, do you

8    expect or plan to submit a supplemental

9    report to rebut what is in Dr. Shaver's

10    declaration?

11        A.        As I sit here, I don't plan to

12    do it because I've been told that there's no

13    opportunity to do that.

14                  MR. HUANG:  Okay.  I agree.

15                  Just asking.

16                  MS. HOEKEL:  We're all on the

17        same page.

18    BY MR. HUANG:

19        Q.        Okay.

20                  So let's switch gears a little

21    bit.  I want to talk about the term fuel

22    lockout apparatus from the '780 patent and

23    actually the '654 and other patents.

24                  You mentioned that in paragraph

25    71 that:  The term fuel lockout apparatus is

Page 109

```
1                    W. Singhose, Ph.D.
2      described with sufficient structure in the
3      claims to inform a person of ordinary skill
4      in the art of how to practice limitations
5      that include the term.
6                    What's your basis for that?
7           A.      You went kind of fast there.
8      Can you give me the -- you're reading from
9      my report.  Can you give me the paragraph
10     number?
11          Q.      Oh, I'm sorry.  Paragraph 71,
12     page 33?
13          A.      I'm at paragraph 71 now.
14          Q.      I just read the first sentence
15     out loud.  What was your basis for that?
16          A.      Well, I guess generally the
17     basis is the asserted patents that have that
18     term in there, that have that claim term in
19     there.  When you read those, as a person of
20     ordinary skill in the art, you're going to
21     understand how the invention operates, and
22     you're going to understand what fuel lockout
23     is.  And you're going to immediately know
24     that there are, you know, a few -- a finite
25     number of structures that can achieve what
```

```
                                              Page 110
 1                      W. Singhose, Ph.D.
 2      that product -- that component needs to do,
 3      which is to lock out one of the fuel flows.
 4           Q.        So you would agree with me that
 5      the words fuel lockout, that's describing a
 6      function, right?  Locking out fuel flows is
 7      what you described?
 8           A.        Fuel lockout is describing
 9      physical structure that can accomplish
10      locking out a fuel.  It's defined --
11           Q.        Can you identify what physical
12      structure, without -- without looking at the
13      patent?  Let me just start there.  If a
14      person of ordinary skill in the art looked
15      at this term, would they have to look at the
16      patent to know what structures are being
17      referred to here?
18           A.        I don't think so.  I think that
19      if I just went up to an engineer and said
20      I'm looking at system and I need a fuel
21      lockout, they would immediate my know the
22      structures that would be useful to do that.
23                     They would know they would need
24      some physical structure that can stop the
25      flow of fuel, and then, I mean, reopen to
```

Page 111

1                        W. Singhose, Ph.D.
2      allow the fuel to go.  So immediately going
3      to know a set of structures that can do that
4      without even reading these patents.
5           Q.        All right.
6                     So stop the flow of fuel is one
7      of the functions that this structure
8      performs, right?
9           A.        Yes.  Lock out kind of goes
10     beyond that.  It's definitely stopping the
11     fuel, but when you say lock out, it means
12     somebody can't -- it can't accidentally come
13     open.  You're locking it out.  So we have
14     lots of lockouts in engineering.  And it
15     means closing, but also closing it securely.
16          Q.        All right.
17                    But you described that they
18     would know by, you know -- would need some
19     structure that can stop the flow of fuel and
20     then reopen to allow the fuel to go.  Those
21     are both functions, right?
22                    MS. HOEKEL:  Object to the
23          form.
24          A.        Yeah, those are things that the
25     structures could do.

```
                                              Page 112

 1                      W. Singhose, Ph.D.

 2          Q.         Right.   Okay.

 3                     So if a person of ordinary

 4     skill looks at that, are you telling me that

 5     they would immediately come to mind, without

 6     having to look at the patent, structures

 7     that would do these functions?

 8          A.         Yes.

 9          Q.         Right.   Based on the functions?

10          A.         No.   Based on the word fuel

11     lockout.

12          Q.         Fuel lockout, so have you used

13     the words fuel lockout without adding

14     structure or something else to it to refer

15     to a specific structure?

16          A.         Yes, I have.

17          Q.         Okay.

18                     In what context?

19          A.         In contexts of construction

20     machines that I've used personally.  You

21     have diesel flowing around those devices and

22     sometimes you want to cut it off and not

23     have it flow, so we would have fuel lockouts

24     on those machines.

25                     We would turn off -- usually it
```

Page 113

                         W. Singhose, Ph.D.

1    looks like you're turning off a valve, but

2    in addition to turning off a valve, you

3    basically put a lock on it and that locks

4    out that fuel.

5         Q.      So your position, and

6    Champion's position, is that this term does

7    not require instruction; is that right?

8         A.      Correct.

9         Q.      Okay.

10                Because a person of ordinary

11   skill in the art would understand its plain

12   and ordinary meaning.

13                Is that right?

14        A.      Yes.

15        Q.      And then you've identified an

16   example of a plain and ordinary meaning, as

17   quote -- and I'm reading from paragraph 73

18   of your report, "an apparatus that prevents

19   selection of more than one fuel source."

20                That's your statement of what

21   the plain and ordinary meaning is; is that

22   right?

23        A.      Yes.  So in the context of this

24   patent, I think the plain and ordinary

```
                                          Page 114
                            W. Singhose, Ph.D.
 1
 2    meaning would be understood in that it would
 3    include that sentence that you just wrote --
 4    read.
 5         Q.        Would include it, but it could
 6    be more?
 7         A.        Yes.
 8         Q.        Okay.
 9                   And is this like what we said
10    before, where you think that it could mean a
11    lot of things, it just depends on what
12    someone tells you.  You decide whether or
13    not it's actually within the plain and
14    ordinary meaning?
15                   MS. HOEKEL:  Object to the
16         form.
17         A.        I don't it could mean a lot of
18    things.  Fuel lockout is pretty specific to
19    the structures that do that.  But it
20    definitely -- in the context of these
21    patents, it definitely includes an apparatus
22    of that prevents selections of one -- or of
23    one or more than one fuel source.
24         Q.        What is an apparatus?  What
25    specific structure is an apparatus?
```

Page 115

                        W. Singhose, Ph.D.

1
2          A.        Well, an apparatus is not in
3     and of itself is specific structure.
4          Q.        Okay.  So it's sort of a place
5     holder?
6                    MS. HOEKEL:  Object to the
7          form.
8          A.        I mean, I think an apparatus,
9     in this case, is saying it's a fuel lockout
10    physical system.  You could also have fuel
11    lockouts that are purely electrical.  And so
12    I think fuel lockout apparatus is saying I
13    need some physical structure to be doing
14    this fuel lockout, not a purely electrical
15    lockout.
16         Q.        Okay.
17                   Now, you go on in the next
18    sentence and you say:  A person in the
19    ordinary skill of the art would readily
20    understand this term, the structure of this
21    term, and how it is used in the claims.
22                   I want to focus on the
23    structure of this term.
24                   So can you tell me, in the best
25    words you can, what structure for this term

Page 116

1                    W. Singhose, Ph.D.
2        that a person of ordinary skill in the art
3        would readily understand it to mean?
4            A.        Sure.  For fuel lockout, the
5        structure would need to be some kind of
6        physical material that's strong enough to
7        block fuel flow, and that material needs to
8        be able to move into a position that blocks
9        the fuel and retracted to allow the fuel to
10       go again.
11                    Furthermore, it's got to have
12       structure in the sense that once I slide it
13       over, or move it over, in whatever way I got
14       it in front of the fuel to stop it, then I
15       need to be able to have it stay there
16       securely.  That's the lock out part.
17           Q.        Anything else?
18           A.        I think that's enough
19       structure.  If I told one of my engineering
20       students that's what they needed to do, I
21       think they' d go off and build something
22       that did that.
23                    MR. HUANG:  Okay.
24                    Now, I wanted to -- well, you
25           know what?  Well, let's take a break

Page 117

1              W. Singhose, Ph.D.

2         here.  We could pick up after the

3         break.  So we've been going about an

4         hour.

5                   THE WITNESS:  Okay.

6                   MR. HUANG:  Go off the record.

7                   Thank you.

8                   (Time noted: 12:22 p.m.)

9                   (Recess taken)

10                  (Time noted: 12:32 p.m.)

11   BY MR. HUANG:

12        Q.      So I just wanted to go back to

13     this term fuel lockout apparatus,

14     Dr. Singhose.  Before I do, just want to

15     confirm during the break, did you -- any of

16     the breaks today, did you have any

17     discussion with counsel about the substance

18     of your testimony?

19        A.      No.

20        Q.      Okay.  Great.

21                If you could take a look at

22     paragraph 69, which starts on page 32 of

23     your declaration.

24        A.      Okay.

25        Q.      This is where -- and while

```
                                            Page 118
 1                      W. Singhose, Ph.D.
 2      you're getting to it, this is where you
 3      point out claim six of the '780 patent?
 4           A.      Yes.
 5           Q.      And claim eight?
 6           A.      Yes.
 7           Q.      Okay.
 8                   So first off, for claim six,
 9      you point to language that says, "the
10      mechanical fuel valve and the fuel lockout
11      apparatus operate together to ensure that
12      fuel from the first fuel source and fuel
13      from the second fuel source are not
14      simultaneously delivered to the dual-fuel
15      engine."
16                   Did I read that correctly?
17           A.      Yes.
18           Q.      All right.
19                   And that's your quote from
20      claim six, right?
21           A.      Yeah, that's the limitation
22      from claim six that I reproduced there.
23           Q.      Okay.
24                   So for the purposes of claim
25      six -- well, first off, let me just make
```

```
                                            Page 119
 1                    W. Singhose, Ph.D.
 2     sure I confirm, what is the function that
 3     you say is recited with respect to claim six
 4     regarding the fuel lockout apparatus?
 5          A.      Well, I mean, I think the words
 6     speak for themselves, but I can point to the
 7     fact that the -- these -- the fuel lockout
 8     apparatus has to operate together, so that's
 9     one of the functions that has to do.  And
10     that operate together has to be with the
11     mechanical fuel valve.
12          Q.      It goes on and says:  Operate
13     together to ensure that fuel from the first
14     fuel source and fuel from the second fuel
15     source are not simultaneously delivered to
16     the dual-fuel engine.
17                  Is that part of the function
18     too?
19          A.      Yeah, I think that's a
20     clarification of the function operating
21     together, what the function is trying to
22     achieve, that is the nonsimultaneous
23     delivery to the dual-fuel engine.
24          Q.      So is claim six limited in that
25     it -- the operation together that you're
```

```
                                              Page 120

 1                        W. Singhose, Ph.D.
 2      referring to must ensure that these two fuel
 3      sources are not simultaneously delivered to
 4      the dual-fuel engine?
 5                   MS. HOEKEL:  Object to the
 6           form.
 7           A.      I don't quite understand your
 8      use of the limitation.
 9           Q.      Okay.  Let me ask a different
10      way.  Let me rephrase it.
11                   To prove infringement of claim
12      six, does someone have to demonstrate that
13      the mechanical fuel valve and fuel lockout
14      apparatus operate together to ensure that
15      fuel from the fuel source -- first fuel
16      source and fuel from the second fuel source
17      are not simultaneously delivered to the
18      dual-fuel engine?
19           A.      Yes, I think that's the
20      definition of an infringement, is you have
21      to show that the product does that.
22           Q.      Okay.
23                   And so the function that you
24      say claim six requires of the fuel lockout
25      apparatus is, "operate together to ensure
```

```
                                            Page 121

 1                    W. Singhose, Ph.D.
 2    that fuel from the first fuel source and
 3    fuel from the second fuel source are not
 4    simultaneously delivered to the dual-fuel
 5    engine."
 6                    Is that right?
 7                    MS. HOEKEL:  Object to the
 8         form.
 9         A.     Yes, that's the -- one of the
10    required functions there in claim six.
11         Q.     Okay.
12                    So your criticism of the Harbor
13    Freight is that the recited function in the
14    construction is missing the function recited
15    in claim six.
16                    That's one of the criticisms
17    you have, right?
18         A.     Yes, that's one of the
19    criticisms I have.
20         Q.     Okay.  All right.
21                    Have you looked at what the
22    structure is that corresponds to the
23    function for claim six that we just went
24    through?
25                    MS. HOEKEL:  Object to the
```

Page 122

1                    W. Singhose, Ph.D.

2          form.

3          A.      I don't think I did that

4    investigation.

5          Q.      Okay.  All right.

6                  So you're not here to give an

7    opinion on that, right?

8                  MS. HOEKEL:  Object to the

9          form.

10         A.      Yeah, I mean, I could do that,

11   but I didn't do it.  That wasn't relevant to

12   my point here, which is that you -- that

13   Harbor Freight identified an incorrect

14   function.

15         Q.      Let me point your attention to

16   column five, line 37 of the '780 patent.

17   You said you had that in front of you,

18   right?  Let me mark it, because I don't

19   think I've marked it.  While you're pulling

20   that up --

21         A.      So column five?

22         Q.      Column five, starting at line

23   37.  If you could read that to yourself, I'm

24   going to add this to the Exhibit Share and

25   then we'll keep things going.

```
                                        Page 123

 1                     W.  Singhose,  Ph.D.

 2                     (Whereupon,  Exhibit  5  was

 3            marked  for  identification.)

 4                     MR.  HUANG:    This  will  be

 5            Exhibit  5.    For  the  record,  US  patent

 6            10,221,780.

 7    BY  MR.  HUANG:

 8            Q.        So  my  question  to  you,

 9     Dr.  Singhose,  is  here  the  patent  discloses

10     and  discusses,  "Mechanical  fuel  lockout

11     switch  38  may  also  include  fuel  lockout

12     apparatus  58  coupled  to  mechanical  fuel

13     valve  54  to  communicate  fuel  sources

14     individually  to  generators  20."

15                     Do  you  see  that?

16            A.        Yes.

17            Q.        Okay.

18                     So  at  least  that  part  of  the

19     discussion  relates  to  what  we're  looking  at

20     for  claim  six  in  terms  of  the  function.

21                     Right?

22            A.        Not  sure  what  that  question

23     means.    Could  you  --

24            Q.        Okay.    All  right.    Let  me

25     try  --  let  me  go  on  --  let  me  see.
```

Page 124

1                    W. Singhose, Ph.D.

2                    This passage starting at column

3      five and -- let me rephrase.

4                    This column starting at column

5      five around line 37 starts with the sentence

6      I just read, right, and continues, and says:

7      In one embodiment of the invention fuel

8      lockout apparatus 58 communicates first fuel

9      source 28 before the engine by actuating

10     mechanical fuel valve 54 to the first

11     position to open the first fuel line as

12     shown in figure two.

13                    All right.

14                    Did I read that correctly, that

15     part of it?

16          A.      Yes.

17          Q.      Okay.

18                    And it goes on and says:  And

19     communicates second fuel source 30 to the

20     engine by actuating mechanical fuel valve 54

21     to second position 38(b) to open

22     communication of the second fuel source 30

23     to the engine as shown in figure three.

24                    Did I read that correctly?

25          A.      Yes.

Page 125

1                    W. Singhose, Ph.D.
2         Q.        All right.  So this fuel
3    lockout apparatus 58 identified in this
4    passage, is that a structure that, per this
5    discussion, is operating together with the
6    mechanical fuel valve to perform the
7    function that you identified for claim six?
8         A.        Certainly part of the function.
9    It's definitely indicating that they're
10   operating together.  I'd have to take a
11   close look at this to see if this
12   description achieves the simultaneous/not
13   simultaneously delivered.
14                  It's generally describing
15   something like that, but simultaneously
16   isn't used here, so I'd want to think about
17   that a little bit.  But it's definitely
18   operating together.
19        Q.        And when you say simultaneous
20   is not used here, we're talking about the
21   passage we just read?
22        A.        Yeah, the passage that we just
23   read.  I didn't see simultaneous -- not
24   simultaneously delivered in that passage.
25        Q.        Right.  Right.  Okay.  No, I

```
                                        Page 126
 1                    W. Singhose, Ph.D.
 2      just wanted to make sure to clarify it as to
 3      opposed to in the entire patent.  So ...
 4          A.       In the entire patent, I'm not
 5      sure.  I'm only speaking to this passage
 6      that we just reviewed.
 7          Q.       Okay.
 8                   Well, if I could turn your
 9      attention to column ten of the '780 patent,
10      Exhibit 5, line 42 -- or actually, the
11      passage that starts at -- paragraph that
12      starts at line 40.  It states,
13      "Beneficially, embodiments of the invention
14      provide for the mechanical fuel lockout
15      switch to ensure that two fuels are not
16      simultaneously delivered to a dual-fuel
17      internal combustion engine."
18                   Do you see that?
19          A.       Yes, I do.
20          Q.       And I believe that's referring
21      to the embodiments that were discussed
22      earlier in the patent, including the
23      embodiment we were just looking at when we
24      were looking at column five.
25                   Is that your understanding?
```

```
                                          Page 127

 1                      W. Singhose, Ph.D.
 2        A.        My understanding of this is
 3    that it's referring to some embodiments of
 4    the invention.  I don't see it saying
 5    every -- I don't see it saying the
 6    invention.  I see it saying embodiments of
 7    the invention provide for that.
 8        Q.        All right.
 9                  So turning your attention back
10    to your declaration, same paragraph, we look
11    at -- you actually quoted from claim eight,
12    and it goes on and says -- you identify a
13    quoted function there.  It starts at around
14    line six of the declaration in there.  But I
15    was wondering if you could read that to
16    yourself.
17                  (Witness reviews document)
18        A.        Okay.
19        Q.        What is the -- and I'm just
20    trying to understand this longer passage.
21    The function that you say is missing from
22    Harbor Freight's recitation that is found in
23    claim eight of the '780 patent.
24        A.        Well, claim eight actually
25    requires, I think, at least four functions
```

Page 128

1                    W. Singhose, Ph.D.
2     of the fuel lockout apparatus.  The first
3     one is that it communicates the first fuel
4     source to the internal combustion engine.
5     And then the second function is it prevents
6     the second fuel source from coupling to the
7     internal combustion engine.
8                    And then we go down where it
9     says another function attributed to the fuel
10    lockout apparatus is to permit the second
11    fuel source to couple to the internal
12    combustion engine.
13                   And then the fourth function is
14    it interrupts the first fuel source
15    communication with the internal combustion
16    engine.
17         Q.       So taking those four, you would
18    agree with me that the second and the third
19    functions you identify in this quote, which
20    prevent the second fuel source from
21    coupling, and the third one to permit the
22    second fuel source to couple, that those two
23    are part of what Harbor Freight stated were
24    the recited functions in their construction.
25                   Right?

Page 129

                            W. Singhose, Ph.D.

1
2          A.        No, I don't think so.  Because

3     this prevention, for example, is to prevent

4     the coupling to the internal combustion

5     engine, whereas the Harbor Freight proposed

6     function is to prevent the second fuel

7     source from coupling to the second fuel

8     line.  So it's not coupling to the engine,

9     it's coupling to the fuel line.  And then my

10    answer would be the same for the other

11    function.  They're not the same.

12         Q.        They're not the same, because

13    in your view coupling to the fuel line is

14    not the same as coupling to the internal

15    combustion engine.  Is that your -- your

16    testimony?

17         A.        That's correct.

18         Q.        Okay.  All right.

19                   And similarly -- well,

20    actually, that's the same point.  Forget it.

21                   Okay.  So -- but the other

22    two -- so you're saying all four of these

23    are not part of Harbor Freight's

24    construction.  Did you analyze -- let me

25    rephrase.

```
                                      Page 130

 1                   W. Singhose, Ph.D.
 2                   Did you analyze the spec, the
 3       relevant specifications to see what
 4       structures correspond to these functions?
 5           A.      I did not do a specific
 6       documentation investigation of that.  But
 7       generally, my understanding of the
 8       specification is that claim eight reads on
 9       the specification -- right? -- when I read
10       the specification, I understand that the
11       invention could be practiced by claim eight.
12       But I didn't go and do a one for one
13       connecting of the dots, if you will.
14           Q.      Okay.
15                   And you're not here to testify
16       as to what corresponds for those functions.
17                   Right?
18           A.      Not at this point.
19           Q.      Okay.
20                   So I do want to ask you one
21       question and it's related to a term that you
22       also provide an opinion on.  And that's the
23       term communicate.  And I think with respect
24       to communication, is it my understanding --
25       and it starts on page 38 of your report,
```

```
                                        Page 131
 1                 W.  Singhose,  Ph.D.
 2    which starts at paragraph 84 -- my
 3    understanding is your criticism of Harbor
 4    Freight's construction is that it's
 5    confusing compared to what -- what is the
 6    alternative that had been proposed by
 7    Champion?
 8         A.       Yeah, my opinion is confusing
 9    and not necessary.  I'm not sure if I also
10    put that in here explicitly.  But -- because
11    when I say that it doesn't have -- its plain
12    and ordinary meaning, I mean that you don't
13    need to construe it.  But it's also
14    confusing.
15         Q.       So you state here that in
16    paragraph 87 at the end, "Using Harbor
17    Freight's construction the limitation would
18    require 'the second fuel source is in fuel
19    flow with the dual-fuel engine.'  To the
20    extent this can be understood, a POSITA
21    would view this as a requirement that fuel
22    actually be flowing."
23                 Is that your -- is that your
24    opinion?
25         A.       Yes.
```

Page 132

                          W. Singhose, Ph.D.

1

2        Q.        And I read that correctly,

3    right?

4        A.        Yes.

5        Q.        Okay.

6                  Wouldn't that same problem be

7    true for Champion's alternative?

8        A.        Yes.  There is a grammatical

9    challenge to this process of inserting

10   constructions into claims, as you can

11   imagine.  Sometimes they work seamlessly,

12   sometimes they don't.  Both of these never

13   work that great, but you could understand

14   them to some extent.

15       Q.        Okay.  All right.

16                 So I'm going to point out

17   something you said in paragraph 72.

18                 You cite to claim three and

19   claim ten as adding structural requirements.

20                 Do you see that?

21       A.        Yes, I do.

22       Q.        All right.

23                 So is it your position that the

24   flange of claim three is necessarily a part

25   of the construction of the fuel lockout

Page 133

                         W. Singhose, Ph.D.

1
2    apparatus?
3         A.      No.
4         Q.      Okay.  All right.
5                 Claim three does recite a fuel
6    lockout apparatus that comprises a flange.
7                 Right?
8         A.      Yes.
9         Q.      So that means to meet claim
10   three, you would need to show a flange, this
11   structure?
12        A.      That's correct.
13        Q.      Claim ten, similarly, says that
14   the fuel lockout apparatus comprises a fuel
15   inlet cover.  So you're not saying that a
16   fuel lockout apparatus, as construed, would
17   require a fuel lockout inlet cover.
18                Right?
19        A.      That's correct.
20        Q.      Okay.
21                Your opinion is that claim ten,
22   if you're applying claim ten, you would have
23   to show a fuel lockout cover, or fuel -- no,
24   fuel inlet cover?
25        A.      That's correct.

Page 134

1               W. Singhose, Ph.D.

2                   MR. HUANG:  I want to switch

3         gears a little bit to the term gaseous

4         cut-off.

5                   First off, you agree that

6         you've reviewed the '034 patent, right?

7         The spec?  And I'm going the mark that.

8         You should feel free to look at the

9         hard copy, but for the record, I'm just

10        going to mark it if I can find it.

11                  All right.  This will be

12        Exhibit 6, which is a copy of US Patent

13        10,393,034.

14                  (Whereupon, Exhibit 6 was

15        marked for identification.)

16   BY MR. HUANG:

17        Q.      So the term gaseous cut-off --

18        A.      Just a second.

19        Q.      Sure.  Sure.  Sure.  Open it

20   up.

21        A.      I'm going to refresh it here.

22                Okay.  That's Exhibit 6, you

23   said?

24        Q.      Yes.

25        A.      I do have that open now

                                                    Page 135

1                          W. Singhose, Ph.D.

2        electronically.   Okay.

3               Q.        Okay.   All right.

4                         So first off, the term at issue

5        is gaseous cut-off.   You agree with that,

6        right?

7               A.        Yes.

8               Q.        Okay.

9                         There was some confusion

10       earlier.   I had made a mistake with respect

11       to a term gaseous cut-off solenoid, but I

12       just want to make sure we're talking about

13       the same thing.   So on page 46 of your

14       declaration, you address that.   And one

15       question I have for you is you say in

16       paragraph 115, that:   It is my opinion that

17       a POSITA, or person of ordinary skill in the

18       art, would understand the term gaseous

19       cut-off because it is a well-known component

20       in systems involving the flow of gases.

21                        I note that you don't actually

22       provide any backup or cites for that.   So

23       I'm curious, what's your basis for your

24       statement that it's a well-known component?

25              A.        Well, I guess that, you know,

```
                                          Page 136
 1                  W.  Singhose,  Ph.D.
 2      comes  from  my  experience  working  in  systems
 3      that  have  gases  flowing  around.   And
 4      whenever  you  have  gases  flowing  around,  you
 5      have  to  be  able  to  simply  cut  them  off  or
 6      else  they'd  go  everywhere.
 7                  So  I  think  anyone  who's  worked
 8      with  a  system  with  gases  in  it  knows  what  a
 9      gaseous  cut-off  is  and  that  you're  stopping
10      the  flow  of  gas  in  a  certain  direction.   I
11      mean,  it's  such  a  basic  --  it's  such  a
12      fundamental,  easy  component,  I  didn't
13      thought  I  needed  --  I  didn't  think  I  needed
14      a  citation  for  it.
15           Q.      Okay.   All  right.
16                  So  please  describe  what  a
17      gaseous  cut-off  is.
18           A.      Sure.   A  gaseous  cut-off  is  a
19      structure  that  can  be  moved  into  the  flow  of
20      a  gas,  and  basically  create  virtually  an
21      airtight  seal  so  that  the  gas  can't  keep
22      flowing  in  the  direction  it  was  going.
23                  And  then,  you  know,
24      correspondingly,  you  can  move  the  structure
25      back  out  to  allow  it  to  move  again.   It's
```

1                          W.  Singhose,  Ph.D.

2        basically  talking  about  a  structure  that  can

3        temporarily  block  the  flow  of  gas  and  then

4        be  opened  back  up  to  allow  the  flow  of  gas

5        again.

6              Q.        Is  there  anything  else  you  want

7        to  add  to  that  structurally  in  terms  of  what

8        a  person  of  ordinary  skill  in  the  art  would

9        understand  a  gaseous  cut-off  to  be?

10             A.        Well,  I  think  for  the  general

11       meaning,  that  would  be  it.

12             Q.        Okay.

13                       Now,  you  reviewed  the  '034

14       patent,  right?

15             A.        Yes.

16             Q.        And  you're  aware  that  the  words

17       gaseous  cut-off  as  a  name  for  a  structure

18       doesn't  appear  in  the  patent  other  than  in

19       that  claim?

20                       MS.  HOEKEL:   Object  to  the

21             form.

22    BY  MR.  HUANG:

23             Q.        In  the  claims,  you'd  agree  with

24       that.

25                       Right?

```
                                             Page 138

 1                    W. Singhose, Ph.D.
 2          A.       So obviously it occurs in the
 3     claims, we're talking about it.  But you're
 4     saying that you searched the patent and
 5     gaseous cut-off doesn't appear?
 6          Q.       Gaseous cut-off, as a name for
 7     a structure, does not appear?
 8          A.       Okay.  I didn't do that search,
 9     but --
10          Q.       You didn't do that search?  Can
11     you do the search now using Exhibit Share?
12          A.       Unfortunately --
13          Q.       There's a little magnifying
14     glass?
15          A.       A magnifying glass?
16          Q.       On the right.  And then just
17     type in the words gaseous cut-off.  It'll
18     bring up every place it appears.  Not that
19     many.  It'll actually bring up the context
20     too.
21          A.       Okay.  So I see it appearing in
22     various places.
23          Q.       Okay.  So let me just ask you
24     this to keep this moving forward.
25                   So when you search for gaseous
```

```
                                      Page 139

 1                    W. Singhose, Ph.D.
 2      cut-off in the text of the patent --
 3      right? -- just the words gaseous cut-off
 4      together, a number of results come back.
 5                    Is that right?
 6           A.       Yes.
 7           Q.       Okay.
 8                    And what I see is six results
 9      that are not in the claims.  In other words,
10      two results on page one, two results on page
11      seven, and two results on page 12.  But
12      every single one of those six results shows
13      the word gaseous cut-off with the word
14      solenoid afterwards.
15                    Is that right?
16           A.       Let's see.  Gaseous cut-off
17      solenoid couple.  That's the first one.
18      Gaseous solenoid to switch is the second.  A
19      gaseous solenoid coupled to is the third.  A
20      gaseous cut-off solenoid to switch is the
21      fourth.  A gaseous solenoid 50 coupled to is
22      the fifth, and a gaseous cur-off solenoid to
23      switch is the number six one.
24           Q.       Right.
25                    And then the search results
```

```
                                    Page 140

 1                  W.  Singhose,  Ph.D.

 2     show  three  instances  where  gaseous  cut-off

 3     is  used  in  the  claims  --  right?  --  without

 4     the  word  solenoid,  on  page  13.

 5                  Is  that  right?  And  I  just  want

 6     to  point  out  there  was  a  certificate  of

 7     correction  that,  I  think,  you're  aware  of

 8     that  Champion  has  raised.  So  those  results

 9     should  only  come  back  on  page  13,  should  all

10     be  gaseous  cut-off  in  the  claims?

11         A.       Yeah.  One  still  comes  back  as

12     gaseous  cut-off  solenoid  because  it  wasn't

13     deleted  from  this  version.  But  it's  my

14     understanding  is  it  was  corrected  to  not

15     have  the  solenoid  there  if  that's  what

16     you're  --  I  think  that's  what  you  were

17     trying  to  say,  right?

18         Q.       Yeah.

19                  So  in  other  words,  a  structure

20     called  a  gaseous  cut-off  is  not  mentioned  by

21     name  in  the  patent.  Is  that  right?  Is  that

22     fair  to  say?  In  the  specification,  not  in

23     the  claims?

24                  MS.  HOEKEL:  Object  to  the

25          form.
```

```
                                     Page 141

1                    W.  Singhose,  Ph.D.
2          A.        No.   I  mean,  I  think  the
3      structure  that's  being  talked  to  is  various
4      gaseous  cut-off  solenoids  of  various  types.
5      That's  what's  being  pointed  to  in  the
6      specification.   So  there  are  structures
7      there.
8          Q.        I'm  going  to  repeat  my
9      question.   A  structure  named  gaseous  cut-off
10     is  not  disclosed  in  the  specification.
11                   Is  that  right?
12                   MS.  HOEKEL:   Object  to  the
13          form.
14          A.        No,  that's  what  I'm  saying.   We
15     just  talked  about  six  cases  where  gaseous
16     cut-off  was  discussed  in  the  specification.
17         Q.        Again,  you  said  that  the  words
18     gaseous  cut-off  refer  to  structures  to
19     people,  to  persons  of  ordinary  skill  in  the
20     art?
21         A.        Yes,  they  would.
22         Q.        And  what  I'm  saying  --  and  you
23     said  that  this  is  so  well  understood  you
24     didn't  feel  a  need  to  cite  to  it.   What  I'm
25     saying  is  those  words,  gaseous  cut-off,
```

```
                                            Page 142
 1                    W. Singhose, Ph.D.
 2      without the word solenoid attached to it,
 3      that does not appear to identify any
 4      structure in the patent specification.
 5      That's true, right?
 6           A.       Okay.  Now I understand your
 7      question.  You're adding in the "without
 8      solenoid."
 9                    Yeah, I think that every --
10      like, the embodiments in this description of
11      the invention that is being used here is
12      using a kind of specific gaseous cut-off,
13      which is a gaseous cut-off solenoid.
14           Q.       So in your opinion, the gaseous
15      cut-off solenoid is a type of gaseous
16      cut-off.
17                    Is that what you're saying?
18           A.       Yes.
19           Q.       But you cited nothing, whether
20      in the intrinsic record or outside in your
21      report, to say even what an example of the
22      gaseous cut-off would be.
23                    Is that fair?
24           A.       I think I just described it in
25      that section we were talking about as a
```

Page 143

1                         W. Singhose, Ph.D.
2     well-known component involving the flow of
3     gases, and there'd be a finite number of
4     ways to stop the gas from flowing.  That's
5     to the extent I did.
6          Q.        But you identify no examples of
7     those, not even one of the finite number of
8     ways.
9                    Right?
10         A.        Yeah, I mean, obviously the
11    solenoid is one in the patent so that's part
12    of this discussion.  So I was assuming that
13    the readers would know that was one of the
14    structures, but I didn't cite to any
15    additional structures beyond that.
16         Q.        Well, you didn't cite to the
17    solenoid either in this section, did you?
18    You didn't -- let's just start with
19    something that's, I think, easy for you to
20    confirm.
21                    This section in your expert
22    report addressing gaseous cut-off -- not
23    just the paragraph that we looked at where
24    you say it's a well-known component, but
25    that entire section, you don't -- you don't

Page 144

                        W. Singhose, Ph.D.
1
2    identify even one example of the finite
3    number of options for using a gaseous
4    cut-off?
5         A.      That is correct.  In this case,
6    you know, I'm responding to an
7    indefiniteness argument that you guys put
8    forward and there's no explanation of that.
9                     So you could look over at 116,
10   I said to the extent that Harbor Freight
11   puts forth arguments that clarify the
12   indefiniteness position, I reserve the right
13   to respond to those arguments.
14                    So since I'm playing the
15   respondent to this, I'm making clear I can't
16   respond to this because I didn't have an
17   expression of your indefiniteness argument.
18        Q.      Well, I'm not asking about
19   Harbor Freight's indefiniteness.  You gave
20   an express opinion here, right?  It's a
21   well-known component.  And you expressly
22   said that a POSITA -- your opinion -- and
23   correct me if I'm wrong.  This is your
24   opinion -- right? -- where you say, quote,
25   in paragraph 115, "A POSITA would have a

```
                                            Page 145
 1                    W. Singhose, Ph.D.
 2      finite number of options for using a gaseous
 3      cut-off in the manner claim."
 4                    That's your opinion, right?
 5           A.       I actually said in a finite
 6      number of straightforward ways.  Yes, that's
 7      my opinion.
 8           Q.       Oh, okay.  I was reading the
 9      paragraph before.  But yes, that entire
10      paragraph is your opinion.
11                    Right?
12           A.       Yes.
13           Q.       Okay.
14                    So to the extent that you
15      wanted to support what you said in that
16      opinion, you could have cited an example,
17      you just didn't.
18                    Is that fair?
19           A.       Yeah, if I thought that there
20      was going to be a dispute on this being an
21      obvious component, I could have cited to
22      that.  But there's no dispute here.  This is
23      an obvious component to a person of ordinary
24      skill in the art.
25           Q.       I mean, that's not your
```

Page 146

1                        W. Singhose, Ph.D.

2      opinion, that it's an obvious component?

3          A.        Well, that's right.  It would

4      be understood by a person of ordinary skill

5      in the art.  How about that?

6          Q.        Okay.  All right.

7                    So the bases of anything you're

8      going to say on this is in this declaration

9      at least?

10         A.        Well, no, I think that as we go

11     forward here, and I understand the arguments

12     put forth by Harbor Freight, I reserve the

13     right to respond to those arguments.

14         Q.        Okay.

15                   So let's look at the next term,

16     coupled to, which is addressed at paragraph

17     117 of your report?

18         A.        Okay.

19         Q.        So I want to make sure we're

20     clear on what's going on here.  If we could

21     look at the '034 patent and specifically at

22     claim one where this term appears -- okay.

23     So you're at claim one?

24         A.        Yes.

25         Q.        Exhibit 6, I think.

Page 147

```
 1                    W.  Singhose,  Ph.D.
 2                    All  right.   So  in  claim  one
 3      there's  a  reference  to  a  liquid  cut-off
 4      solenoid.
 5                    Do  you  see  that?
 6         A.      Yes.
 7         Q.      All  right.
 8                    And  there,  it  uses  the  words
 9      "coupled  to."
10                    Do  you  see  that?
11         A.      Yes.
12         Q.      And  it  says  a  liquid  cut-off
13      solenoid  coupled  to  the  carburetor.
14                    Is  that  fair?
15         A.      Yes.
16         Q.      Okay.
17                    So  here,  the  claim  is  using
18      "coupled  to"  to  connect  or  indirectly
19      attach  --  whatever  your  construction  is  --
20      you  know,  regardless  of  the  construction  --
21      a  solenoid  to  a  carburetor.
22                    Is  that  fair?
23         A.      Yes.
24         Q.      Okay.
25                    If  you  look  at  the  next
```

Page 148

1                    W. Singhose, Ph.D.

2     limitation, we have a gaseous cut-off

3     coupled to.

4                    Do you see that?

5          A.        Yes.

6          Q.        It doesn't say what the gaseous

7     cut-off is coupled to, right?  It doesn't

8     identify a structure, does it?

9          A.        That's correct.  There was a

10    specific arrangement in the previous

11    limitation that it had to be attached or

12    coupled to -- not attached, sorry -- to the

13    carburetor, and this one, it's a different

14    thing.  It's a gaseous cut-off.  And so it's

15    coupled to, or we might say arranged in a

16    way to perform an opening and closing of the

17    gaseous fuel source.

18         Q.        So there's nothing -- there's

19    no other component recited in this

20    limitation to which the gaseous cut-off is

21    coupled.

22                   Is that right?

23         A.        Right.  It can be placed in a

24    variety of positions, as long as it's

25    arranged in a way to open and close the

Page 149

1                          W. Singhose, Ph.D.

2      gaseous fuel source to the engine.

3           Q.        Under your reading of the plain

4      and ordinary meaning in paragraph 78, you

5      state that this plain and ordinary meaning

6      of coupled to includes, "two or more

7      components directly or indirectly

8      interacting with each other, for example,

9      physically, electrically, and/or fluidly."

10                    Did I read that right?  That's

11     paragraph 78 in your report, Exhibit 2?

12          A.        Yes, this is the part that

13     addresses the first usage of a "coupled to."

14          Q.        You're saying there's a

15     different meaning in this usage?  Is that

16     what you're saying?

17          A.        Yes.  If you look at paragraph

18     77 right above that, I point out that there

19     are two distinct uses of coupled in the

20     claims.  There's the first one, which is

21     what this section is about, when basically

22     two components are, you know, indirectly or

23     directly interacting.

24                    And then another use where a

25     device is coupled to perform an action.  And

```
                                    Page 150

1                    W. Singhose, Ph.D.
2       I mention that that usage will be covered in
3       a later section, which is the section we
4       were just talking about previously.
5            Q.        And what's your basis for your
6       understanding that there are two distinct
7       uses?
8            A.        The claim language.
9            Q.        Now going back to your opinions
10      on this, the claim doesn't tell you anything
11      about how -- what component this was coupled
12      to, this gaseous cut-off would be coupled
13      to, or even what it is, but for the function
14      that follows it, right?  So whatever it is,
15      it needs to open and close a fuel -- liquid
16      fuel path to the engine or -- what's the
17      other claim?  Coupled to open and close a
18      gaseous fuel source to the engine.  That's
19      what that claim limitation says.
20                     But it doesn't say -- there's
21      no -- you would have to look at the spec to
22      see what else could be connected or coupled
23      to this.
24                     Is that right?
25                     MS. HOEKEL:  Object to the
```

```
                                        Page 151
```

                        W. Singhose, Ph.D.

1          form.

2          A.        No.  You don't have to look at

3   the specification here.  The claim is clear

4   that you just need to couple it to the

5   device somewhere so that it's arranged in a

6   way that it can open and close a gaseous

7   fuel source to the engine.  It's just not

8   being specific about where you have to put

9   this.  It's giving the person of ordinary

10  skill in the art some flexibility.

11         Q.        Okay.

12                   Now, let's take a look at

13  paragraph 121 of your report.

14         A.        Okay.

15         Q.        It states here -- you point to

16  the '970 patent and I have not marked that,

17  but I will.  But you could go ahead and pull

18  that up in paper copy if that's what you

19  want while I do this.

20         A.        I don't have a paper copy of

21  that one, so I'll wait for you.

22                   MR. HUANG:  Okay.  That's fine.

23         So let me introduce it and you can get

24         it.  It's Exhibit 7, and it's US patent

Page 152

```
 1                    W. Singhose, Ph.D.
 2         11,840,970.
 3                    (Whereupon, Exhibit 7 was
 4         marked for identification.)
 5                    THE WITNESS:  Okay.  I have
 6         that.
 7    BY MR. HUANG:
 8         Q.      Now, you cite to a portion of
 9    that patent, column three, lines 36 through
10    38?
11         A.      Yes.
12         Q.      And you say that it states, "In
13    accordance with yet another aspect of the
14    invention, the dual fuel generator includes
15    an alternator and a dual-fuel engine coupled
16    to drive the alternator."
17                    Did I read that correctly?
18         A.      Yes.
19         Q.      Okay.
20                    Now, in this passage, the
21    dual-fuel engine is coupled to the
22    alternator, isn't that right?  Let me
23    rephrase it this way.
24                    The second component to which
25    the dual-fuel engine is coupled is
```

Page 153

1                    W.  Singhose,  Ph.D.

2        identified in this -- in this quote, right?

3           A.        No.  I mean, it doesn't say

4        exactly what it's coupled to.  It's just a

5        range such that it could drive the

6        alternator.  So it's not saying coupled to

7        the alternator.  It's saying coupled or

8        arranged in a way that it can drive the

9        alternator.

10          Q.        What would a person of ordinary

11       skill in the art understand how an

12       alternator is driven when you have an

13       engine-based generator?

14          A.        Well, there would be a few ways

15       that you could do it.  I mean, if you're

16       familiar with car engines, you would know

17       that you could use a belt and pulley system

18       and you could drive the alternator through

19       that belt and pully system.  You could also

20       have a more direct connection, like a gear

21       system.  You could also have it go through a

22       clutch.  So you could turn on and off so

23       you're not using the alternator all the

24       time.  So there's three ways of arranging it

25       to drive the alternator.

```
                                        Page 154

 1                   W. Singhose, Ph.D.
 2         Q.        Right.
 3                   In all those three ways, the
 4    dual-fuel engine or the engine would be
 5    coupled to the alternator under Champion's
 6    construction, directly or incorrectly
 7    interacting?
 8         A.        Yeah, I'm not sure about the
 9    clutch one.  I have to think about that.  I
10    mean, when you disengage the clutch, the
11    engine can move all over the place and the
12    alternator is not doing anything.  So I
13    think in that state a person of ordinary
14    skill in the art would think they were not
15    coupled to in the sort of physical sense.
16    That's why I think there's a distinction
17    there.
18         Q.        Because it wouldn't be
19    connected indirectly?
20         A.        Yeah, that's right.  There
21    wouldn't be -- there wouldn't even be an
22    indirect connection at that point.
23         Q.        Right.
24                   But in that situation, you
25    would also not be driving the alternator
```

Page 155

1                        W.  Singhose,  Ph.D.
2       either,  right?
3             A.        Yeah,  at  that  specific  time,
4       you  would  not  be  driving  it.   But  you  would
5       be  coupled  to  drive  it,  right?   You  would
6       have  the  possibility  to  drive  it.
7             Q.        Because  you  could  use  the
8       clutch  to  engage  the  alternator,  the  engine
9       to  the  alternator?   Is  that  what  you're
10      saying?
11            A.        Yes.
12            Q.        Okay.
13                      So  in  that  instance,  though,
14      there  is  a  second  component  under  your
15      construction  that  either  directly  or
16      indirectly  interacts  with  the  direction,  and
17      that's  the  alternator,  and  that's  identified
18      in  that  sentence  that  we  read  from  the
19      patent,  right?
20            A.        My  opinion  is  that  it's
21      sometimes  interacting  with  the  alternator.
22      So  I  think  the  description  that  it's  coupled
23      to  drive  the  actuator  is  a  good  description
24      because  it's  not  always  having  to  drive  it.
25      It's  not  always  coupled  to  it,  but  it's

Page 156

1                      W. Singhose, Ph.D.

2      coupled to drive it when it needs to.

3           Q.        Right.

4                      And in any event, this passage

5      identifies the two components that are

6      coupled in order to drive the alternator.

7      Right?  It describes the engine and it

8      describes the alternator.

9           A.        It does describe those two

10     components, but they're not coupled.  They

11     don't have to be coupled to each other.  The

12     dual-fuel engine needs to be coupled to

13     drive the alternator.  Those are not the

14     same things.

15          Q.        So if you're driving the

16     alternator, you're saying the engine is not

17     necessarily coupled to the alternator under

18     Champion's construction.

19                      Is that your testimony?

20                      MS. HOEKEL:  Objection to form.

21          A.        No, that's not my testimony.

22          Q.        Okay.

23                      So you would agree with me that

24     under Champion's construction, if dual-fuel

25     engine coupled to drive the alternator in

Page 157

1                    W. Singhose, Ph.D.
2    that situation, the dual-fuel engine is
3    coupled to the alternator -- right? -- under
4    Champion's construction.
5         A.      I think there's certain times
6    that the engine could be coupled to the
7    alternator, and it would also satisfy
8    coupled to drive the alternator, but there
9    are times when that's not the same.
10        Q.      Okay.
11                You're not a lawyer, right?
12        A.      No.
13        Q.      You're not here to give any
14   legal testimony or legal opinions?
15        A.      I wouldn't characterize them as
16   legal opinions, but I have taken into
17   account my understanding of certain legal
18   terms and processes.
19        Q.      Is the answer you will give
20   legal opinions as part of what you're here
21   for?
22                MS. HOEKEL:  Object to the
23        form.
24                Misstates the testimony.
25        A.      No.  I will give technical

Page 158

                              W.  Singhose,  Ph.D.
1
2    opinions,  but  I  have,  in  forming  those
3    technical  opinions,  on  occasion,  I've
4    integrated  my  understanding  of  legal  terms.
5          Q.        Okay.
6                    I  thought  my  question  was
7    pretty  simple,  but  let  me  just  ask  it  again.
8    You're  not  here  to  give  legal  testimony,
9    right?
10         A.        Can  you  explain  what  legal
11   testimony  is?
12         Q.        All  right.
13                   You're  not  here  to  give  any
14   legal  opinions,  right?
15         A.        Can  you  explain  what  a  legal
16   opinion  is?
17         Q.        Are  you  here  to  testify  as  to
18   what  the  law  is?
19         A.        Can  you  explain  what  it  means
20   to  testify  what  the  law  is?
21         Q.        Are  you  not  going  to  answer
22   those  questions?  I  feel  like  those  are
23   fairly  simple  questions.  So  you  don't
24   understand  any  of  the  three  questions  I  just
25   asked  you.  Is  that  your  testimony?

Page 159

1                    W. Singhose, Ph.D.
2                    MS. HOEKEL:  Object to the
3        form.
4                    Argumentative.
5        A.      I don't understand what you're
6    saying, because you asked a question that
7    was straightforward, and I gave you a
8    straightforward and correct answer and
9    you're now badgering the witness.
10                   MR. HUANG:  Okay.  I guess
11       maybe you are acting like a lawyer.
12                   MS. HOEKEL:  Objection to form.
13   BY MR. HUANG:
14       Q.      Let me just look at your answer
15    and see ...
16                   You said you would not
17    characterize what you're going to say as
18    legal opinions.
19                   Is that right?
20       A.      Yes.
21       Q.      Okay.
22                   So your intent is not to give
23    legal opinions based on your understanding.
24                   Is that right?
25       A.      That is correct.

Page 160

                    W. Singhose, Ph.D.

1       Q.       I'm not trying to trap you,

2    Dr. Singhose.  I thought it was a simple

3    question, but you're being very, very cagey,

4    so I'll move on, but I just -- I'm a little

5    surprised at this reaction to this line.

6    Because if you do plan on giving opinions

7    about the law, then I think I'd like to know

8    that.

9       A.       There are opinions that are

10   technical that do integrate my understanding

11   of the law.

12      Q.       Okay.

13      A.       There are opinions here that

14   are based on my understanding of the law.

15   For example, means-plus-function.  Okay?

16      Q.       Okay.

17               And that's fair, but I don't

18   think that's what I'm asking you.  But

19   you're -- I think you're -- anyway, let's

20   just move on.  Because I think, you know,

21   this is pointless here.

22               Okay.  So then what have you

23   done to prepare your deposition today?

24      A.       Well, to prepare for today,

Page 161

1                    W.  Singhose,  Ph.D.

2       I've  been  working  on  understanding  these

3       patents  for  a  long  time  now.   Understanding

4       their  prosecution  history,  understanding

5       certain  prior  art  that  has  been  put  forward

6       in  this  matter.   I've  had  --  examined

7       representative  generators  that  practice

8       these  patents.   I  wrote  my  report,  and  I

9       reviewed  that  report,  and  that's  the  kind  of

10      things  I  did  to  prepare  for  today.

11           Q.       Okay.   Well,  let's  take  it  one

12      at  a  time.

13                    So  how  much  time  did  you  spend

14      trying  to  understand  the  prosecution

15      history?   Well,  let's  start  there.

16           A.       The  prosecution  histories?

17           Q.       Whatever  you  referred  to  in

18      your  prior  answer.   So  whether  it's  single

19      or  plural,  I'm  not  trying  to  have  one.   One

20      or  more,  how  much  time?

21           A.        I  didn't  record  my  time  in  that

22      kind  of  resolution  about  --  I  didn't  record

23      it  and  tabulate  it  saying  I'm  looking  at

24      prosecution  histories  now.   I  would

25      basically  look  at  a  prosecution  history  in

Page 162

1                    W. Singhose, Ph.D.

2    relation to some issue, then I would go on

3    and look at another patent, and then I would

4    go back and look at the prosecution history

5    of that patent if something was important.

6    So I really have no way of answering that

7    question accurately in terms of time spent

8    on prosecution histories, but I have spent a

9    fair amount of time on prosecution

10   histories.  I just don't know what the

11   number is.

12            Q.       Okay.

13                     How about just this:  How much

14   time did you spend understanding the

15   intrinsic evidence, whether it's the patent,

16   the file histories, the claims in this case?

17            A.       When you say in this case, do

18   you mean Harbor Freight v. Champion or do

19   you mean all of this legal matter involving

20   Champion and its patents?

21            Q.       Well, let's take Harbor Freight

22   first, but I'm going to ask you the second

23   question second.

24            A.       Since I spent a lot of time on

25   these patents for other matters, I probably

Page 163

```
1                  W. Singhose, Ph.D.
2    only spent 20 to 30 hours on the intrinsic
3    evidence for this particular matter because
4    I had spent so much time previously.
5         Q.      Okay.
6                  And do you have a ballpark for
7    how much time you spent on this previously,
8    so in any other matter other than Harbor
9    Freight?
10        A.      Certainly that would be about
11   100 hours.
12        Q.      Now, you also said that you
13   spent time understanding certain prior art
14   that's been put forward in this matter.  I
15   don't believe prior art has been a subject
16   matter of this deposition, but let me just
17   ask.
18                  To what extent, and how much
19   time have you spent looking at prior art put
20   forward in this matter relating to your
21   opinions in your report and this deposition
22   relating to claim construction?
23        A.      I would say probably 15 to 30
24   hours of my time have been spent reviewing
25   prior art.
```

Page 164

W. Singhose, Ph.D.

1

2    Q.        For claim construction or

3    overall?

4    A.        Not for just this particular

5    case, but all of the related matters.    That

6    was your question, I think.

7    Q.        All right.

8              You also said that you were

9    analyzing or examining representative

10   generators that practiced these patents.

11             Can you explain what you mean

12   by that?

13   A.        Well, in the Champion v. Furman

14   case, there are a number of accused

15   generators, and I have some of those, and

16   I've, you know, analyzed them, looking for

17   various components in them that practice the

18   asserted patents.

19   Q.        And when you say accused

20   generators, you're talking about Furman's

21   generators in that case?

22   A.        Yes.

23   Q.        What about any generators of

24   Harbor Freight?

25   A.        I have not looked at any of

```
                                        Page 165
 1                      W.  Singhose,  Ph.D.
 2      those  to  date.
 3          Q.        How  much  time  did  you  spend
 4      writing  your  report  in  this  case?
 5          A.        Perhaps  10  to  15  hours.
 6          Q.        Was  there  any  additional  time
 7      for  analysis  that  you're  not  including  in
 8      the  10  to  15  hours  for  preparing  your
 9      report?
10          A.        Oh,  yeah.  I  mean,  I  did  a  lot
11      of  analysis  before  that  where  I  do  the
12      analysis  of  these  issues  that  are  in  play,
13      and  then  after  doing  the  analysis,  I  start
14      writing  the  report,  and  then  during  the
15      course  of  the  report,  I'll  do  some  more
16      analysis  to  clarify  issues  as  I  go  along.
17          Q.        Okay.
18                    How  much  time  did  you  spend
19      analyzing  in  preparation  for  writing  your
20      report?
21          A.        For  just  this  report,  maybe  10
22      to  20  hours.  Again,  I  did  a  lot  of  the
23      similar  analysis  back  in  the  spring  for  the
24      other  case,  so  I  just  reused  a  lot  of  my
25      analysis  from  the  spring.
```

Page 166

1                      W. Singhose, Ph.D.

2          Q.       Okay.  Okay.

3                   And how much time did you spend

4     preparing to sit for this deposition today,

5     separate from preparing your report?

6          A.       Well, I just turned the report

7     in a few days ago, right?  So from that

8     point to now, I would say it's five to ten

9     hours.

10         Q.       Okay.

11                  And what did you do to prepare?

12    Was it -- I mean, things -- I guess, if you

13    could just identify, without telling me the

14    substance, the things you did to prepare for

15    your deposition?

16         A.       Sure.  I mean, I reviewed

17    documents.  I reviewed my report.  I mean, I

18    just submitted it a few days ago, but I

19    reviewed it again.  I reviewed certain parts

20    of the patents, the patents involved here.

21    I did review, as we talked, about the report

22    of Dr. Shaver, although I didn't study it

23    closely, I did review it.  I also looked at

24    the -- Harbor Freight's brief on claim

25    construction.  I think those are the

                                              Page 167

1                        W.  Singhose,  Ph.D.
2       materials  basically  after  --  that  I  reviewed
3       after  submitting  my  report.
4              Q.        Okay.
5                        Did  you  meet  with  counsel  to
6       prepare?
7              A.        Yes.
8              Q.        How  long  did  you  spend  meeting
9       with  counsel?
10             A.        Maybe  three  or  four  hours.
11             Q.        Is  that  part  of  the  five  to  ten
12       hours  that  you  identified  earlier?
13             A.        Yes.
14             Q.        You  mentioned  that  you  reviewed
15       Dr.  Shaver's  report,  although  you  haven't
16       had  a  chance  to  delve  into  it  deeply.
17       Sitting  here  today,  are  there  any  --  do  you
18       have  any  opinions  relating  to  Dr.  Shaver's
19       report?
20             A.        Sitting  here,  I  have  not
21       finalized  my  opinions,  so  I  don't  think  I
22       would  want  to  put  them  forth.    I  don't  think
23       they're  finalized  opinions,  basically.
24                        MR.  HUANG:    Okay.    Let's  take  a
25          short  break  here  and  hopefully  I'll  be

Page 168

1                        W. Singhose, Ph.D.

2          close.

3                        Thanks.

4                        (Time noted: 1:31 p.m.)

5                        (Recess taken)

6                        (Time noted: 1:45 p.m.)

7    BY MR. HUANG:

8          Q.      Okay.  All right.  Thanks,

9    Dr. Singhose.  Welcome back.

10                       Did you have any conversations

11   with counsel during the breaks about the

12   substance of your testimony?

13         A.      No.

14         Q.      Did you have any conversations

15   about questions that counsel may ask you on

16   redirect?

17         A.      No.

18         Q.      Thank you.

19                       Okay.

20                       So let's just go back to the

21   '780 patent, which is Exhibit 5.  We talked

22   about -- I just want to ask about the

23   disclosures in this patent, and specifically

24   figure three.

25                       So on figure three, I believe

```
                                            Page 169
 1                    W. Singhose, Ph.D.
 2      the second fuel source for this embodiment
 3      is identified as item number 30.
 4                    And you can confirm that, if
 5      you want, by looking at column six around
 6      line 40.
 7           A.      Yes, that's the second fuel
 8      source, is 30.
 9           Q.      Okay.
10                    And in figure three that's
11      shown, the number 30 is on top of the hose
12      that also has a label 36 there, right?
13           A.      Yes.
14           Q.      Okay.
15                    And the patent calls that the
16      LPG supply hose, 36.
17                    Is that right?
18           A.      Yes, it does.
19           Q.      Okay.
20                    And we talked earlier about
21      whether or not the word connected was used,
22      and it looks like in this passage, column
23      six at line 53, the word connected is used
24      in connection with this figure showing that
25      the LPG supply hose 36 is connected to
```

Page 170

1                        W. Singhose, Ph.D.
2       generator 20.
3            A.        Yes, I see that.
4            Q.        And generator 20 is, like, the
5       whole picture there.
6                      Right?
7            A.        Yes.
8            Q.        Okay.
9                      And then the panel also
10      describes what's in this picture by talking
11      about a hose coupling, the noun coupling,
12      number 50.
13                     Do you see that?
14           A.        Yes, a quick disconnect hose
15      coupling.
16           Q.        Okay.
17                     And, that's identified as 50(a)
18      and 50(b), right?  So there's two ends that
19      connect together.
20                     Is that right?
21           A.        I think so.  Yes.  Hose
22      coupling has the first and second end,
23      50(a), 50(b).
24           Q.        Okay.  Great.  Great.
25                     Now, let's see.  Just making

Page 171

                              W. Singhose, Ph.D.

1
2     sure I understand what's disclosed here.
3            A.        Actually, I think we need to
4     clarify that.
5            Q.        Sure.
6            A.        50(a) is the first end of quick
7     disconnect hose coupling.  Just to make it
8     clear, I think we said hose --
9            Q.        Ahh.  Okay.  I see.  I see.  So
10    in other words, 50(a) is not part of the
11    hose?
12           A.        Yeah, I think it's what's on
13    the side of the generator that you quickly
14    expect and disconnect from.
15           Q.        Okay.
16                     But in any event, that quick
17    connect coupling, the noun coupling,
18    identified as number 50, is essentially how
19    the LPG supply hose 36 shown in figure three
20    is connected to generator 20 shown in figure
21    three, right?
22           A.        Yes.  That's how the end of the
23    hose gets connected to it.
24           Q.        Right.
25                     And 50, that connection is at a

Page 172

```
 1                    W.  Singhose,  Ph.D.
 2      fuel  inlet,  right?   I  think  it's  described
 3      as  a  --  looking  for  the  number  there.
 4      Fifty-nine  is  the  fuel  inlet.   If  you  need  a
 5      reference,  it's  discussed  earlier  in  column
 6      six  at  line  38?
 7           A.      Yeah,  I  see  that.
 8           Q.      Okay.
 9                   So  there,  it  talks  about
10      allowing  a  connection  of  the  LPG  supply  hose
11      36  to  fuel  inlet  59  of  the  second  fuel  line?
12           A.      Correct.
13                   MR.  HUANG:   Okay.
14                   I  just  wanted  to  make  sure  I
15           understand  what  was  going  on  there.
16                   Okay.   So  let's  see  --  all
17           right.   I  think  I  can  --  let  me  just
18           ask  one  last  thing  here.   No.   I  think
19           I  can  pass  the  witness  right  now.   I
20           know  we  promised  to  keep  this  shorter,
21           and  I  think  I've  kept  to  that  promise
22           on  the  record.
23                   MS.  HOEKEL:   I  agree.
24                   I  just  have  a  couple  of
25           follow-up  questions.
```

Page 173

1              W. Singhose, Ph.D.
2              MR. HUANG:  Sure.
3    EXAMINATION BY
4    MS. HOEKEL:
5         Q.      If we can go to your report,
6    Dr. Singhose, and I want to look at the top
7    of page 28.
8         A.      Okay.
9         Q.      Page 28 at the top is a picture
10   that -- well, you have a picture in your
11   declaration, paragraph 55 of four objects,
12   right?
13        A.      Yes.  Valves.
14        Q.      And counsel for Harbor Freight
15   talked to you about some of them.  I want to
16   ask some questions about the valve that
17   appears on the top of page 28.
18        A.      Okay.
19        Q.      Is that a valve?
20        A.      Yes.
21        Q.      Does that valve have a handle?
22        A.      No, it has, like, a push
23   button, like a knob.
24        Q.      Would a person of ordinary
25   skill refer to that as a handle?

```
                                      Page 174
 1                    W.  Singhose,  Ph.D.
 2          A.        No.
 3          Q.        Can you give examples of -- you
 4     say in your report in paragraph 55:   In
 5     addition to mechanically -- mechanically
 6     actuated valves, fuel valves can be operated
 7     electrically or mechanically.
 8                    Is that your testimony?
 9          A.        Yes.
10          Q.        Can you give an example of a
11     fuel valve that can be operated
12     electrically?
13                    MR.  HUANG:   Objection.
14                    I  think you may have misquoted.
15          Are you reading from the last sentence
16          of 55?
17                    MS.  HOEKEL:   Yes.
18                    MR.  HUANG:   Yeah, I think you
19          said -- I didn't hear magnetically, but
20          anyway --
21                    MS.  HOEKEL:   Oh, I'm sorry.
22          You're right.   I said mechanically.
23          Let me read it again.
24     BY MS.  HOEKEL:
25          Q.        In addition to mechanically
```

```
                                              Page 175
 1                        W.  Singhose,  Ph.D.
 2        actuated  valves,  fuel  valves  can  be  operated
 3        electrically  or  magnetically.
 4                   Correct?
 5             A.        Yes.
 6             Q.        Can  you  give  an  example  of  a
 7        fuel  valve  that  can  be  operated
 8        electrically?
 9             A.        Sure.   There  are  valves  with  --
10        under  various  names,  we  could  call  them  a
11        rotating  ball  valve.   And  so  there'll  be  a
12        ball  in  the  middle  of  this  valve  that  has  a
13        hole  in  it.   And  so  as  you  rotate  the  ball
14        around,  sometimes  the  hole  will  be  visible
15        and  flow  can  go  through  it.   But  if  you
16        rotate  it  further,  it  will  be  blocked.
17                   It's  essentially  like  a  ball
18        with  a  hole  in  the  middle.   And  those  are
19        often  rotated  by  an  electric  motor.   So  you
20        would  put  electricity  in  those  and  a  motor
21        would  turn  that  ball  from  the  open  to  the
22        close  position  and  back  and  forth.
23             Q.        Can  you  give  an  example  of  a
24        fuel  valve  that  can  be  operated
25        magnetically?
```

Page 176

1                    W. Singhose, Ph.D.

2        A.        Those are pretty related.  I

3    was kind of thinking more in terms of, like,

4    a solenoid there.  Some people consider that

5    the solenoid is a magnetic valve because it

6    converts electricity into magnetism.  I

7    think you could have a valve where you

8    simply had a fixed magnet and you moved it

9    closer, and that fixed valve magnetic force

10   would open the valve.  I've seen things like

11   that before too.  Those are often used with

12   electricity as well.  So electrical and

13   magnetic are usually coupled together.

14       Q.        And would those kind of valves

15   be known to a person of skill in the art?

16       A.        Yes.

17       Q.        I'm going to ask a question

18   about claim one of the '780 patent.  If you

19   need to pull that up, it's Exhibit 5.

20       A.        Okay.  I have that up.

21       Q.        Okay.

22                 And we talked a little bit --

23   you talked a little bit with counsel about

24   the meaning of mechanical fuel valve.

25                 What is claim one claiming for

```
                                         Page 177

 1                    W.  Singhose,  Ph.D.

 2     the  function  of  the  mechanical  fuel  valve?

 3     What  is  the  mechanical  fuel  valve  doing  in

 4     claim  one  in  the  first  claim  element?

 5          A.      Well,  the  claim  is  actually

 6     saying  that  the  mechanical  fuel  valve  is

 7     actuable,  so  it's  movable  between  a  first

 8     and  second  position.   And  when  it  does  those

 9     motions,  it  selectively  controls  fuel  flow

10     to  the  dual-fuel  engine  from  a  first  fuel

11     source  through  a  first  fuel  line,  and  a

12     second  fuel  source  and  a  second  fuel  line.

13          Q.      Is  it  your  opinion  that  claim

14     one  can  only  be  satisfied  when  two  fuels  are

15     flowing  through  a  single  valve,  as  Harbor

16     Freight  seems  to  argue?

17                    MR.  HUANG:   Objection  to  form.

18                    MS.  HOEKEL:   You  can  answer.

19          A.      I  don't  think  that  that's

20     requiring  the  fuels  to  go  through  the  exact

21     same  openings  in  the  valve.   Yeah,  they

22     really  couldn't  go  through  the  same

23     openings.   They  would  be  going  through

24     different  openings.

25          Q.      Let's  look  at  your  report  at
```

Page 178

1           W. Singhose, Ph.D.

2    page 47, which is section L.  On page 47,

3    section L, which contains your opinions on

4    "coupled to" when used as a verb?

5           A.      Okay.

6           Q.      What is the claim -- or what is

7    your opinion of the claim that the plain and

8    ordinary meaning would be of coupling to in

9    these patents to a person of skill in the

10   art?

11              MR. HUANG:  Objection to the

12       form.

13          A.      I think the plain and ordinary

14   meaning would include a range and a way to

15   perform a desired action.  So it kind of

16   depends on what that verb is, right?  For

17   example -- I give an example saying to open

18   and close a gaseous fuel source to the

19   engine.

20          Q.      Does coupling -- coupled to,

21   when used as a verb in this patent, require

22   direct connection?

23          A.      No.

24              MR. HUANG:  Objection to form.

25              Go ahead.

Page 179

1                          W. Singhose, Ph.D.

2       BY MS. HOEKEL:

3              Q.        When counsel was asking you

4       about fuel lockout apparatus and discussing

5       your opinions at page 33, 32 and 33 of your

6       report -- are you there?

7              A.        Yes, I'm there.

8              Q.        And you testified about the

9       differences between the claim language in

10      terms of what has to be coupled to what.

11                     Do you remember that just

12      general line of questioning?

13             A.        I don't remember that.  This is

14      about the fuel lockout apparatus?

15             Q.        Yes, this is about fuel lockout

16      apparatus.  You recall discussing your

17      opinions as to why you didn't believe fuel

18      lockout apparatus was subject to a 112/6 or

19      F interpretation, correct?

20                     MR. HUANG:  Objection to the

21          form.

22                     Mischaracterizes prior

23          testimony as it calls for a legal

24          conclusion for legal conclusion.

25                     He testified no such thing.

```
                                            Page 180

 1                    W. Singhose, Ph.D.
 2                MS. HOEKEL:  I think the record
 3         will reflect differently.
 4                But you can answer,
 5         Dr. Singhose.
 6         A.        Can you repeat the question?
 7    Sorry.  You're also a little bit quiet.
 8         Q.        I'm sorry.  I'll speak up.
 9                Let's go back.
10                In Section D on fuel lockout
11    apparatus, did you discuss Harbor Freight's
12    argument that the term fuel lockout
13    apparatus should be construed pursuant to 35
14    USC 112(f)?
15                MR. HUANG:  Objection to form.
16                Mischaracterizes prior
17         testimony.
18         A.        Yes, we did discuss that.
19         Q.        And do you recall talking about
20    paragraph 69 of your report, which calls out
21    some of the functionality for the fuel
22    lockout apparatus?
23         A.        Yes.
24         Q.        You testified to counsel that
25    coupling to the fuel line is not the same as
```

```
                                        Page 181

 1                      W.  Singhose,  Ph.D.
 2     coupling  to  the  internal  combustion  engine
 3     when  you  were  talking  about  your  opinions  on
 4     fuel  lockout  apparatus?
 5                Do  you  recall  that?
 6          A.        Yes.
 7          Q.        Okay.
 8                But  you've  also  testified  that
 9     coupling  doesn't  require  a  correct
10     connection,  correct?
11          A.        That's  correct.
12          Q.        Can  you  reconcile  those  two
13     statements?
14          A.        Yeah,  I  think  the  words  speak
15     for  themselves.    In  one  case,  you're
16     coupling  to  an  internal  combustion  engine,
17     and  one,  you're  coupling  to  a  fuel  line.
18     That  might  often  mean  that  you're  coupling
19     to  the  engine,  but  the  fuel  line  might  go
20     somewhere  unusual,  and  a  person  of  ordinary
21     skill  in  the  art  might  not  think  that  that
22     was  a  direct  interaction.
23                The  fuel  line  might  go  to
24     another  tank  first  or  pressure  vessel  and
25     then  out  the  other  side  to  the  engine.    So  I
```

Page 182

1                      W. Singhose, Ph.D.
2      think it doesn't have to be the same, but I
3      would testify that a lot of times it could
4      be the same.  They could both be coupled.
5                      MS. HOEKEL:  I have no further
6          questions.
7      EXAMINATION BY
8      MR. HUANG:
9          Q.      Dr. Singhose, let's go back to
10     page 28, paragraph 55.
11         A.      Okay.
12         Q.      All right.
13                 So you were asked a question
14     about the fourth picture at the top of page
15     28?
16         A.      Yes.
17         Q.      And I think your testimony was
18     that's, in your view, that's not a handle.
19     That doesn't show a handle.
20                 Is that right?
21         A.      That's correct.
22         Q.      That shows a button in the
23     picture, right?
24         A.      Yeah.  It's a button and a
25     twist knob.

```
                                        Page 183
 1                  W. Singhose, Ph.D.
 2          Q.      Twist knob.  Okay.  Both a
 3      button and a twist knob are meant to be
 4      actuated by a user by using their hand;
 5      isn't that right?  Or part of their body?
 6          A.      Generally, that's the way these
 7      would be used, yes.
 8          Q.      Generally the hand, but maybe
 9      someone might use their elbow or something
10      but ...
11          A.      Yeah.  I've often -- I've
12      actually seen these used in robots where
13      this kind of valve is there, and then the
14      robot will have a mechanism that, for safety
15      reasons, for example, pushes the button.  So
16      it doesn't have to be a human pushing that,
17      but it does have to have a force pushing on
18      it.
19          Q.      The '101 patent and the other
20      patents related to the '101 patent, they
21      don't disclose using a robot to actuate the
22      valve assembly, right?
23          A.      No, they do not.
24          Q.      And the '101 patent spec
25      doesn't disclose using even a button to
```

```
                                        Page 184

 1                     W.  Singhose,  Ph.D.

 2      actuate a valve, right?

 3                     MS.  HOEKEL:   Object to the

 4          form.

 5          A.        Well, it basically does.

 6      Remember when we talked about sliding back

 7      and forth, the selector siding back and

 8      forth and hitting that solenoid switch?

 9      That solenoid is a valve.  So the switch is

10      sliding, hitting that switch, the switch is

11      activating the solenoid, the solenoid is a

12      valve.  So in that sense, it's activating a

13      valve.

14          Q.        Okay.

15                     But you wouldn't consider that

16      a handle?

17          A.        No, that's not a handle there

18      on that what's shown there.

19          Q.        Okay.

20                     But you would agree with me

21      that in the '101 patent that same figure

22      that we were looking at, set of figures,

23      three through six, show valve handles for

24      each of the types of fuel that you have as

25      an option.
```

Page 185

1                    W. Singhose, Ph.D.

2                    Is that right?

3       A.         Yes, I believe we talked about

4    this before, 34 and 38 are all valve

5    handles.  I recall that as valve handles.

6       Q.         Okay.

7                    So those figures show the

8    solenoid switch as a separate -- something

9    separate from the actual valve handles for

10   each of the -- well, actually it's just a

11   third -- third, you know, thing that someone

12   can touch to switch a valve on or off,

13   right, in addition to 34 and 36?

14                    MS. HOEKEL:  Object to the

15        form.

16   BY MR. HUANG:

17       Q.         Let me make sure I've got this

18   right so I don't mess this up.  All right.

19   I'm sorry.  I got the numbers wrong.

20                    So let's look at figure six in

21   the '101 patent, which was Exhibit 4, right?

22                    The solenoid switch 32 in this

23   embodiment is a different component than the

24   valve handles 34 and 38 -- right? -- shown

25   in figure five and six?

Page 186

1                      W. Singhose, Ph.D.

2          A.        Yes.

3          Q.        Okay.  All right.

4                    And the picture that you showed

5      in paragraph 55, that type of a valve with a

6      press button and a twist knob, that doesn't

7      appear in the '101 patent, right?

8          A.        No, that particular valve does

9      not.

10         Q.        Okay.

11                   And when you say a twist knob,

12     what do you mean by that?

13         A.        Well, the way these normally

14     work is that you would push down on the red

15     button and push it in, and that would close

16     the valve.  And then it would stay in the

17     down position, locked.

18                   To unlock it, you normally

19     would twist.  That's why if you look at this

20     edge of the red button, it's actually got

21     grooves.  That's helping a person have good

22     traction when they twist, and it will pop

23     out.  So it's a push and then twist to pop

24     back out.

25         Q.        And the person would have to

Page 187

```
 1                    W. Singhose, Ph.D.
 2    use their hands to twist it generally,
 3    right?  It's designed for someone to use
 4    their hands, although they could use
 5    something else?
 6         A.       That's right.
 7                  MR. HUANG:  Bear with me a
 8         second.
 9                  Okay.  I have nothing further.
10                  Thank you very much,
11         Dr. Singhose.
12                  THE WITNESS:  Thank you.
13                  MR. HUANG:  Jen, you're done?
14                  MS. HOEKEL:  I'm done.
15                  Thanks, everybody.
16                  MR. HUANG:  Okay.  Great.
17         Thank you very much for your time, and
18         I'm glad we could do this remotely so
19         it's not as much trouble.
20                  (Time noted: 2:07 p.m.)
21
22
23
24
25
```

Page 188

1

2                    CERTIFICATION

3              I, SARA K. KILLIAN, RPR, RCR,

4     CCR, do hereby certify that WILLIAM SINGHOSE,

5     Ph.D., the witness whose examination under oath

6     is hereinbefore set forth, was duly sworn, and

7     that such deposition is a true record of the

8     testimony given by such witness.

9              I FURTHER CERTIFY that I am not

10    related to any of the parties to this

11    action by blood or marriage, and that

12    I am in no way interested in the

13    outcome of this matter.

14              IN WITNESS WHEREOF, I have

15    hereunto set my hand this 12th day of

16    September, 2025.

17

18

19    _____

20    SARA K. KILLIAN, RPR, RCR, CCR

21

22

23

24

25